UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS - WESTERN DIVISION

Civil Action No: 3:17cv30031

**JANETTE HERNANDEZ PAGAN, PPA**

**F.H., a minor,**

**Plaintiff**

**v.**

**CITY OF HOLYOKE, A MUNICIPAL CORPORATION,**

**Officer THOMAS J. LEAHY, Officer JAMES DUNN,**

**Officer JABET LOPEZ,**

**Defendants**

## DEFENDANTS' EXHIBIT LIST

1. Exhibit 1–REDACTED COMPLAINT AND REQUEST FOR TRIAL BY JURY;

2. Exhibit 2--FTH (redacted) deposition pp: 1, 2, 8-13, 15-20, 22-24;

3. Exhibit 3—Leahy deposition pp: 1, 2, 13-21, 23, 24, 26-28, 45-48, 55-58, 69, 88-89;

4. Exhibit 4—Dunn deposition pp: 1, 2, 27, 46, 47, 49-51, 54, 57, 59-63;

5. Exhibit 5—Lopez deposition pp: 1, 2, 45, 48-50, 61-63;

6. Exhibit 6—Neiswanger deposition pp: 1, 2, 42-44, 56, 57, 63, 64;

7. Exhibit 7—(redacted) AMR report case # 973037, narrative 9730937;

8. Exhibit 8—(redacted) Lopez Use of Force Report Arrest # 14-344;

9. Exhibit 9—(redacted) Lopez Supplemental Narrative Report Ref-14-344-AR;

10. Exhibit 10—(redacted) Holyoke Police Department Arrest Report no. 14-344-AR;

11. Exhibit 11-- Holyoke Police Department Standard Operating Procedures 2012 Use of Force Policy 8.2.0 & 8.2.1;

12. Exhibit 12—Affidavit Manuel Reyes;

13. Exhibit 13—(redacted) Leahy Narrative Report Ref-14-344-AR;

14. Exhibit 14—(redacted) Dunn Supplemental Narrative Report Ref- 14-344-AR;

15. Exhibit 15—(redacted) HPD booking photos;

16. Exhibit 16—(redacted) Holyoke Medical Center Record 02/08/2014;

17. Exhibit 17—(redacted) Baystate Medical Center 02/09/14 Emergency Medicine Notes;

18. Exhibit 18—(redacted) MGL258 presentment letter

Respectfully submitted:

 /s/ Charles J. Emma,
Charles J. Emma BBO # 542126
PO Box 510040
Punta Gorda, Florida, 3951
413-297-6367 CharlesEmmaLaw@gmail.com
Dated: July 20, 2018
Counsel for the Defendants City of Holyoke, A Municipal Corporation,
Officer Thomas J. Leahy and Officer James Dunn

Officer Jabet Lopez by:
/s/Austin M. Joyce
Austin M. Joyce, Esquire BBO #255040

508-754-7285
 Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace, Worcester, MA.01609
ajoyce@rja-law.com

CERTIFICATE OF SERVICE
(For DEFENDANTS' EXHIBIT LIST)

I, Charles J. Emma, do hereby certify that on July 20 I served DEFENDANTS' EXHIBIT LIST

by filing through the ECF system and notice will be sent electronically to the registered

participants as identified on the notice of electronic filing (NEF).

  /s/ Charles J. Emma, Counsel for the Defendants
Charles J. Emma BBO # 542126
PO Box 510040
Punta Gorda, Florida, 3951
413-297-6367 CharlesEmmaLaw@gmail.com
Dated: 7-20-18