# Holyoke Medical Center

16

## HEALTH INFORMATION MANAGEMENT DEPARTMENT

This is to certify that the attached __18__ pages, is a true copy of the medical record of this hospital concerning the care and treatment of:

Patient: __FTH__ [redacted]

Covering the period: __02/08/2014__

"Signed under the pains and penalties of perjury this __1st__ day of __December__ 20__14__."

__12/08/2014__
Date

_Carol Vandenhove_ (signature)
Keeper of the Records
Holyoke Medical Center



SCANNED

FTH
x Certified
Holyoke Medical
Center records
12-1-14

575 Beech Street, Holyoke, MA 01040 • (413) 534-2500
HolyokeHealth.com

A member of Valley Health Systems, Inc.

## Past Medical History 9730937

**History Obtained From:** Family
**History:** None Stated
**Allergies:** Not Known
**Medications:**

**Advanced Directives:**

## Impression 9730937

**Reason for Transport:** Trauma - Abrasion(s)
**Secondary Impression:** Other - No Secondary Impression
**Other Impressions:**

## Narrative 9730937

dispatched pri 1 to HPD for the male assulated.

Upon arrival to HPD lockup met by HPD Lt who states that the 12 y.o. who they now have in custody was involved in a altercation with HPD on the bridge after he resisted arrest and had to be taken down at gun point and now needs to be looked at.

PT was found to be a 12 y.o. male cao x's 3 c/c abrasions to right side of face and swelling seen on left side of face after reisisting arrest with HPD. Pt states that he was on the bridge with his friend who wanted to shoot himself when the police came and started to yell at him to get on the ground while at gun point, Pt states he did not comply with HPD request and was physically taken down to the ground and placed in handcuffs by the HPD. Pt states he can recall all the events and denies any LOC. ore

Pt was placed onto the stretcher and placed into the amblance. PT Vs obtained, +PEARL,+DECPBTLS seen: Right side of face pt was observed to have facial abrasions and swelling seen to left side of face, -SOB,-CP,+N/V, lung sounds clear, left side ribs tender upon palpation, skin pink, warm and dry. NO other injuries found other than the above stated c/c.

Pt trasported to HMC with HPD following. PT began to vomit approx 5 min PTA to HMC no other changes in pt condiotion. PT care and report given to Rn uponn arrival to HMC.

## Vitals

| Time | BP | Pulse | RR | SPo2 % | GCS | Performed By |
|---|---|---|---|---|---|---|
| 20:00 | 120/80 (93) | 90 | 14 | 100 | 15 | Shea, Maura, AMR |
| 20:00 | 124/94 (104) | 87 | 16 | 100 | 15 | Shea, Maura, AMR |

## Treatment and Response 9730937

| PTA | Time | Medic | Procedure |
|---|---|---|---|
| | 20:00 | Shea, Maura, AMR | Skin Assessment - Normal color, Warm temperature, Normal moisture. |
| | 20:00 | Shea, Maura, AMR | Pulse Oximetry - 100 % on Room Air |
| | 20:00 | Shea, Maura, AMR | Vital Signs - BP: 124 / 94, Pulse at: Radial, Pulse Rate: 87, Pulse Regularity: Regular, Pulse Strength: Normal, Respirations: 16, Respiration Depth: Normal, Respiration Effort: Normal. |
| | 20:00 | Shea, Maura, AMR | Glasgow Coma Scale - Eyes: 4, Verbal: 5, Motor: 6. Total : 15. |
| | 20:00 | Shea, Maura, AMR | Lung Sounds - Upper Right Lung: Clear, Upper Left Lung: Clear, Lower Right Lung: Clear, Lower Left Lung: Clear. |
| | 20:00 | Shea, Maura, AMR | Skin Assessment - Normal color, Warm temperature, Normal moisture. |
| | 20:00 | Shea, Maura, AMR | Pulse Oximetry - 100 % on Room Air |
| | 20:00 | Shea, Maura, AMR | Vital Signs - BP: 120 / 80, Pulse at: Radial, Pulse Rate: 90, Pulse Regularity: Regular, Pulse Strength: Normal, Respirations: 14, Respiration Depth: Normal, Respiration Effort: Normal. |
| | 20:00 | Shea, Maura, AMR | Glasgow Coma Scale - Eyes: 4, Verbal: 5, Motor: 6. Total : 15. |
| | 20:00 | Shea, Maura, AMR | Lung Sounds - Upper Right Lung: Clear, Upper Left Lung: Clear, Lower Right Lung: Clear, Lower Left Lung: Clear. |

## Patient Disposition 9730937

**Mileage Scene:** 0.0
**Mileage Hospital:** 4.6
**Total Mileage:** 4.6

**Destination Decis:** Closest Most Appropriate

Case # 9730937
PCR ID 2014020821415161930  Date: 2/8/2014
Device Name:

Page 2 of 4
Pt:
FTH

Printed: 2/8/2014 10:55:32 PM