Mara Shulman  
Attorney at Law

P.O. Box 391, Northampton, MA 01061  
Ph: (413) 570-0335

March 23, 2015

Mayor Alex Morse  
536 Dwight Street  
Holyoke, MA 01040

### CERTIFIED MAIL-RETURN RECEIPT REQUESTED

**Re: Claim of F▆▆▆T▆▆▆▆**

Dear Sir:

     I represent F▆▆▆T▆▆▆ relative to his claims against employees of the City of Holyoke for their negligent and other wrongful conduct against him, and I am writing today to submit this presentment letter to you pursuant to M.G.L. 258 § 4. Please be advised that with this letter, my client does not in any way intend to restrict his right to pursue other avenues of lawful relief, including relief under the federal civil rights protections of 42 U.S.C. 1983. I respectfully request your prompt response and welcome a reasonable offer for settlement.

     On or about February 8, 2014, at approximately 9:00 p.m., F▆▆▆T▆▆▆ who at the time was twelve (12) years old and weighed approximately one hundred (100) pounds, was subjected to a false and violent arrest by Holyoke Police Department Officers Thomas J. Leahy, Jabet Lopez, and James Dunn. At the time of the arrest, F▆▆▆ was physically beaten by these officers, one or more of whom struck the child repeatedly with a baton. After beating and arresting F▆▆▆ these same officers maliciously and falsely sought criminal charges against him, as well as deprived him of his mother's company at a time when the child was scared and physically in pain.

     As a result of this incident, F▆▆▆ suffered a concussion and other physical injuries that have forced him to seek medical attention from various providers and medical experts. F▆▆▆ has also suffered, and continues to suffer, extreme mental anguish and trauma symptoms, requiring that the child receive counseling and other treatment.

     This incident was caused in whole or in part due to the negligent and other wrongful conduct of employees of the City of Holyoke. Upon information and belief, all of the above-named officers were acting in the course of their employment as agents of the City of Holyoke at the time of this incident. My client has authorized me to demand settlement of the above claim against these employees of the City of Holyoke in the amount of One Million Dollars ($1,000,000.00). Please contact my office to discuss this demand at your earliest convenience.

     Thank you for your attention to this matter.

Sincerely,

*Mara Shulman*

Mara Shulman, Esq.

Cc: F▆▆▆T▆▆▆



Mara Shulman
Attorney at Law
P.O. Box 391
Northampton, MA 01060

7014 2870 0002 1955 3813

**CERTIFIED MAIL**

Mayor Alex Morse
536 Dwight Street
Holyoke, MA 01040



U.S. POSTAGE
PAID
NORTHAMPTON, MA
01060
MAR 23, 15
AMOUNT
$3.79
00118202-08

FIRST CLASS

| English | Customer Service | USPS Mobile | | Register / Sign In |
|---|---|---|---|---|



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70142870000219553813

**On Time**
Expected Delivery Day: Wednesday, March 25, 2015

## Product & Tracking Information

**Postal Product:** First-Class Mail®  
**Extra Svc:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 25, 2015, 10:19 am | Delivered | HOLYOKE, MA 01040 |

Your item was delivered at 10:19 am on March 25, 2015 in HOLYOKE, MA 01040.

| | | |
|---|---|---|
| March 25, 2015, 8:33 am | Out for Delivery | HOLYOKE, MA 01040 |
| March 25, 2015, 8:23 am | Sorting Complete | HOLYOKE, MA 01040 |
| March 25, 2015, 5:09 am | Arrived at Unit | HOLYOKE, MA 01040 |
| March 24, 2015, 9:13 pm | Departed USPS Origin Facility | HARTFORD, CT 06101 |
| March 23, 2015, 10:03 pm | Arrived at USPS Origin Facility | HARTFORD, CT 06101 |
| March 23, 2015, 7:14 pm | Departed Post Office | NORTHAMPTON, MA 01060 |
| March 23, 2015, 11:30 am | Acceptance | NORTHAMPTON, MA 01060 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

## Track Another Package

Tracking (or receipt) number

[                    ]  Track It

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

# HOLYOKE POLICE DEPARTMENT
## JUVENILE ALTERNATIVE LOCKUP TRACKING FORM



APPENDIX 11

Date of Custody: 2/8/14  Time: 9 AM/**PM**  Case #: 14-344-AR

Name: F███ T███  Date of Birth: ███

Address: ███  City: Holyoke

Name of Alternative Lockup: ~~Spring~~ CHD Adolescent Program

Address: 797 Worthington St  City: Springfield

Telephone: (413) 7323470

Transporting Officer: Maruca  ID # 39

Probation Officer's Name: Raquel Maldonado

Officer's remarks:

Personal Recognizance

Returned to Station on 2-9-14 @ 1340 pm. Released to mom.

### RECEIVED BY ALTERNATIVE LOCKUP
### TO BE COMPLETED BY ALTERNATIVE LOCKUP PERSONNEL

Date Received: 2-9-14  Time Received: 2:17 AM/**PM**

Received by: GREGORY L. GIDDENS (PRINT FULL NAME WITH MIDDLE INITIAL)  Signature: Gregory L. Giddens

Name of Alternative Lockup: ___

*Once this form has been signed by the Alternative Lockup it shall be returned to the House Officer who shall maintain this form until turned over to the Court Officer.*

HPD FORM 25 REV 01/2004

# HOLYOKE JUVENILE COURT

DATE: 2-9-14

TO: **CHIEF PROBATION OFFICER**
**JUVENILE HOLYOKE DIVISION**
**121 ELM STREET, HOLYOKE, MA 01040**

FROM: Holyoke Police Dept.

NAME: T█████, F█████  AGE: 12  DOB: ████

ADDRESS: ████████████████████

*A CHILD UNDER THE AGE OF SEVENTEEN (17) YEARS, IN THE CUSTODY OF THE HOLYOKE POLICE DEPARTMENT HAS BEEN RELEASED IN MY CARE, IN ACCORDANCE WITH GENERAL LAWS CHAPTER 119, SECTION 67 AMENDED, WITH THE UNDERSTANDING THAT HE/SHE WILL BE BROUGHT BY ME, TO THE HOLYOKE JUVENILE COURT, AT 8:30 A.M., ON THE MORNING OF:*

THURSDAY, 20  FEB.  2014
DAY        DATE  MONTH  YEAR

## FAILURE TO APPEAR ON THE ABOVE DATE MAY RESULT IN A WARRANT ISSUED BY THE COURT.

I HEREBY CERTIFY, UNDER THE PENALTY OF PERJURY, THAT I AM THE  MOTHER  OF SAID CHILD.

VERY TRULY-YOURS

**PRINTED NAME OF PARENT/GUARDIAN  Janet Hernandez

**SIGNATURE OF PARENT/GUARDIAN  Jannette Hanrick(?)
(Attach photocopy of I.D. to this document)

**PARENT/GUARDIAN ADDRESS  15 N Summer St   CITY  Holyoke

**PARENT/GUARDIAN PHONE NUMBER  413-563-4949  (Mother in Law phone number)

**Date  2-9-14   and Time _____ AM/PM Released from Police Custody:

_____  Martin Narey  2-9-14
RELEASING OFFICER PRINT NAME - SIGNATURE OF RELEASING OFFICER - DATE SIGNED

Sgt. David M. O'Connell #185  Sgt. D. O'Connell #185  2/9/14
WATCH COMMANDER PRINT NAME - SIGNATURE OF WATCH COMMANDER - DATE SIGNED

House Officer SHALL complete the Release Form in the Booking Computer Module

*******Original Blue to File, Pink Copy to PARENT/GUARDIAN and Yellow Copy to Juvenile Court*******