# Holyoke Police Department- Use of Force Report

Date: 7 /02/ 16    Time: 1837    Arrest#: 1424    Incident #: _____
Reporting Officer: A Ribeiro    ID# 278
Suspects Name: Kedigton Fofana    DOB: _____ SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☑ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☑ X26 Taser ☐ Other * |
| ☑ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here:
verbal Threat To Use Taser # X00-74466

Was Use of Force Effective? If *NO*, please explain: because sta became assaultive after
☑ Yes ☒ No    punching this officer
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No    What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes ☒ No ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front    Back

Holyoke PD
Use of Force
Reports
2016-2012

Supervisor Reviewing Use Comments:
I believe the use of force involving Taser effective

Supervisors Name (print): Borrego (Last)    Walber (First)    (Middle)    ID#: 313
Signature of Reviewing Supervisor: _____ #313
☐ Approved ☐ Disapproved **THE CITY OF HOLYOKE POLICE DEPARTMENT**
(Print): **CAPTAIN MANUEL FEBO**
(Last)    (First)    (Middle)    ID#: _____
Signature of Bureau Commander: _____

1

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 06/23/16   Time: 1403   Arrest#: 1289   Incident #: _____
Reporting Officer: P. OYER   ID#: 301
Suspects Name: William Guzman   DOB: ▉▉▉▉   SSN # ▉▉▉▉▉▉▉

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☒ AMR
☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___   Was subject allowed to decon? ☐ Yes ☐ No

Taser # X00-721734



Front                                      Back

Supervisor Reviewing Use Comments: _____

Supervisors Name *(print)*: Borrego   Walbe   ID#: 313
                              *(Last)*      *(First)*     *(Middle)*
Signature of Reviewing Supervisor: _____
☒ Approved ☐ Disapproved

*(Print):* THE CITY OF HOLYOKE   ID#: _____
          POLICE DEPARTMENT
Signature of Bureau Commander: CAPTAIN MANUEL FEBO   2
* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department Use of Force Report

Date: 6/4/16   Time: 0041   Arrest#: 16-1156-AR   Incident #: _____

Reporting Officer: JORGE MONSALVE   ID# 296

Suspects Name: LUIS M. RIVERA   DOB: ▓▓▓▓   SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☒ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* **Describe Weapon of Opportunity Here:** _____

_____

Was Use of Force Effective? If NO, please explain: CONTINUED TO RESIST & REFUSED TO COMPLY

☐ Yes  ☒ No

Was the subject injured? If YES, please describe the injuries: _____

☐ Yes  ☒ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR

☐ Yes  ☐ No   What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun  ☒ Taser

☐ Baton ☐ Impact Munition ☒ O.C. Duration: ____ # of Bursts: 1   Was subject allowed to decon? ☒ Yes ☐ No



Front

Back

Supervisor Reviewing Use Comments:

_____

_____

Supervisors Name (print): Stuas (Last) Giled (First) B (Middle)   ID#: 278

Signature of Reviewing Supervisor: _____

☐ Approved ☐ Disapproved

THE CITY OF HOLYOKE
POLICE DEPARTMENT

(Print): **CAPTAIN MANUEL FEBO**   ID#: _____

(Last) (First) (Middle)

Signature of Bureau Commander: _____

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 05/04/16  Time: 0041  Arrest#: 16-1156 AR  Incident #: _____
Reporting Officer: _____  ID# 313
Suspects Name: Rivera, Luis _____  DOB: 0▓▓▓96  SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: small spread on probes under the
☐ Yes ☒ No   influence
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



follow up stun
Drive
Probs

**Front**

**Back**

Supervisor Reviewing Use Comments: Suspect was clearly assaultive. Use of the Taser was proper and w/in
Policy

Supervisors Name (print): _____ Stewart _____ Richard _____ ID#: 206
(Last)  (First)  (Middle)
Signature of Reviewing Supervisor: _____
☐ Approved ☐ Disapproved

(Print): _____  ID#: _____
(Last)  (First)  (Middle)
Signature of Bureau Commander: _____ 4 _____

\* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 6/3/16    Time: _____    Arrest#: 1155    Incident #: _____

Reporting Officer: SEAN WILLIAMSON    ID# 350

Suspects Name: JOSEPH BOWLAND    DOB: ▮▮▮    SSN # ▮▮▮▮▮

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks ☐ O.C. ☑ X26 Drive Stun ☐ Other * |
| ☑ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here:
X26 - 5 SECOND DRIVE STUN TO LOWER BACK.

Was Use of Force Effective? If NO, please explain: _____
☑ Yes ☐ No

Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☑ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☑ No    What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☑ NO If YES, why? _____

Was X 26 used? ☑ Yes ☐ No ☑ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front    6'2   205    Back

Supervisor Reviewing Use Comments:
SUSPECT IS MUSCULAR-STRONG-BIG. His behavior, strength, + Resistance
overtook the officers. As a RESULT force Continuum had to be
elevated. I Concur with force used to Subdue subject

Supervisors Name (print): CRUZ (Last) ICAIAS (First) _____ (Middle)    ID#: 262

Signature of Reviewing Supervisor: _____

☑ Approved ☐ Disapproved    THE CITY OF HOLYOKE POLICE DEPARTMENT

(Print): CAPTAIN MANUEL FEBO (Last) (First) (Middle)    ID#: _____

Signature of Bureau Commander: _____ (First) (Middle)

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 5/9/16  Time: 2110  Arrest#: 16-973-AR  Incident #: _____

Reporting Officer: SGT DAVID S USHER  ID# 218

Suspects Name: MARRY - NIEVES  DOB: ▓▓▓  SSN ▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here:

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☐ Yes ☒ No  ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ No

Suspect committed A/B on P.O. while sitting on bed

Taser taken out and told to put hands behind back complied

Front                                    Back

Supervisor Reviewing Use Comments:
Use was proper and within policy.                    X 00-68213

Supervisors Name (print): _____  (Last) (First) (Middle)  ID#: _____

Signature of Reviewing Supervisor: _____ #218

☒ Approved ☐ Disapproved

THE CITY OF HOLYOKE
POLICE DEPARTMENT

(Print): CAPTAIN MANUEL FEBO  ID#: _____
(Last)   (First)   (Middle)

Signature of Bureau Commander: _____

6

\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 4/13/16  Time: 20:01  Arrest#: 16-786-AR  Incident #: _____

Reporting Officer: MARTIN, ERIK  ID# 342

Suspects Name: Calderon, Rey  DOB: ████████  SSN # ████████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: Taser was only shown, NOT activated, which
☒ Yes  ☐ No  Caused compliance and was re-holstered

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes  ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes  ☒ NO If *YES*, why? _____

Was X 26 used? ☒ Yes  ☐ No  ☐ Drive Stun  ☐ Taser
☐ Baton  ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ No



Front                    Back

Supervisor Reviewing Use Comments:

Officer Martin used the taser properly and within policy

Supervisors Name (print): Stuart (Last)  Richard (First)  B (Middle)  ID#: 286

Signature of Reviewing Supervisor: Sgt _____ #286

☐ Approved  ☐ Disapproved  THE CITY OF HOLYOKE
POLICE DEPARTMENT

PTAIN MANUEL FEBO

(Print): _____ (Last)  (First)  (Middle)  ID#: _____

Signature of Bureau Commander: Cpt M_____ #203

\* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 4/4/16 Time: _____ Arrest#: 16-720 AV Incident #: _____
Reporting Officer: Off Colon ID# 264
Suspects Name: Richard A. Ortiz DOB: _____ SSN: _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [X] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [X] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

**\* Describe Weapon of Opportunity Here:**

Was Use of Force Effective? If *NO*, please explain: Ortiz continue resisting
[ ] Yes [X] No

Was the subject injured? If *YES*, please describe the injuries:
[X] Yes [ ] No    Minor Scrape knee

Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
[ ] Yes [X] No    What *hospital*, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [ ] NO If *YES*, why?

Was X 26 used? [X] Yes [ ] No [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? [ ] Yes [ ] No



Front

Back

**Supervisor Reviewing Use Comments:**
The subject was clearly assaultive and warranted to 'higher use of force. DRIVE STUN is for pain compliance and for a highly combative and intoxicated person- Full TASER deployment should have been used. Off Colon under responded to the situation as written

Supervisors Name (print): Stuart (Last) Richard B (First) (Middle)    ID#: 218

Signature of Reviewing Supervisor: _____

[ ] Approved [ ] Disapproved

THE CITY OF HOLYOKE
POLICE DEPARTMENT
(Print): _____ CAPTAIN MANUEL FEBO (Middle) _____    ID#: 263

Signature of Bureau Commander: _____

\* This form is to be submitted to the Chief's Office immediately upon completion.

# Holyoke Police Department- Use of Force Report

Date: 4 / 1 / 16  Time: 10:10  Arrest#: 693  Incident #: _____

Reporting Officer: Goudreau  ID# 202

Suspects Name: ISAIAH CALDERON  DOB: ████  SSN # ████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * <br> Threat of use |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:**

TASER # X00 - 721720

Was Use of Force Effective? If *NO*, please explain: _____

☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____

☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR

☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☐ Yes ☒ No  ☐ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ No

**Front**

**Back**

Supervisor Reviewing Use Comments:

Use of force appears to conform to Department guidelines

_____

Supervisors Name (*print*): McCoy  Michael  ID#: 128

(Last) (First) (Middle)

Signature of Reviewing Supervisor: B. Michael McCoy 198

☒ Approved ☐ Disapproved

THE CITY OF HOLYOKE
POLICE DEPARTMENT

(*Print*): _____ CAPTAIN MANUEL FEBO _____ ID#: _____

(Last) (First) (Middle)

Signature of Bureau Commander: Cpt. M ___ 72202

**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Case — Police Department- Use or Force Report

Date: 4/1/16   Time: 1717   Arrest#: 16-699-AR   Incident #: _____

Reporting Officer: William LeBrun

Suspects Name: Thomas Urdeola   DOB: 4___   ID# 372   SSN # ████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☒ Yes ☐ No

Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AM
☐ Yes ☒ No   What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ N



Front

Back

Supervisor Reviewing Use Comments: _____

Supervisors Name (print): Borrego (Last)   Walber (First)   (Middle)   ID#: 313

☒ Approved ☐ Disapproved   Signature of Reviewing Supervisor: _____   #313

THE CITY OF HOLYOKE
POLICE DEPARTMENT

(Print): CAPTAIN MANUEL FEBO (Last) (First)   (Middle)   ID#: _____

Signature of Bureau Commander: _____ 263

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 3/29/16    Time: 13:17    Arrest#: 672    Incident #: _____
Reporting Officer: Goudreau    ID# _____
Suspects Name: Erick Torres    DOB: [redacted]    SSN # [redacted]

| Suspect Actions Category | Officers Response    (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other *  Threat of use |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton    ☐ Firearm    ☐ Other * |

* *Describe Weapon of Opportunity Here:*
_____ TASER # X00-721720 _____ # (≤)

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes  ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes  ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
   ☐ Yes  ☒ No    What *hospital*, if any, was the subject transported to?    ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☐ Yes ☒ No    ☐ Drive Stun  ☐ Taser
☐ Baton ☐ Impact Munition    ☐ O.C. Duration: _____ # of Bursts: _____    Was subject allowed to decon? ☐ Yes ☐ No



Front

Back

Supervisor Reviewing Use Comments:
_____
_____

Supervisors Name (print): Borrego    Walber    ID#: 313
                          (Last)         (First)      (Middle)
Signature of Reviewing Supervisor: _____  #313
☒ Approved ☐ Disapproved    THE CITY OF HOLYOKE
                            POLICE DEPARTMENT
   (Print): _____ CAPTAIN MANUEL FEBO    ID#: _____
            (Last)         (First)      (Middle)
Signature of Bureau Commander: _____

* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 3/21/16   Time: 08:30   Arrest#: 16-616   Incident #: _____
Reporting Officer: Roger Goudreau   ID# 202
Suspects Name: Ryan Allen   DOB: ▓▓▓▓   SSN # ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks  ☐ O.C.  ☐ X26 Drive Stun  ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes  ☐ Baton  ☒ X26 Taser  ☐ Other *  Warning of Use |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton  ☐ Firearm  ☐ Other * |

*** Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes  ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment?  ☐ H.P.D.  ☐ H.F.D  ☐ AMR
☐ Yes  ☒ No   What *hospital*, if any, was the subject transported to?  ☐ HMC  ☐ BMC

Was Restraint Chair used? ☐ Yes  ☒ NO If *YES*, why? _____

Was X 26 used? ☐ Yes  ☐ No   ☐ Drive Stun  ☒ Taser  Threat of use
☐ Baton  ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No



Front                                    Back

Supervisor Reviewing Use Comments: _____

Supervisors Name *(print)*: Borrego (Last)   Wilber (First)   (Middle)   ID#: 513
☒ Approved  ☐ Disapproved   THE CITY OF HOLYOKE   #313.
POLICE DEPARTMENT
Signature of Reviewing Supervisor: _____

**CAPTAIN MANUEL FEBO**

*(Print)*: _____ (Last)   (First)   (Middle)   ID#: _____
Signature of Bureau Commander: Cpt M _____ 267

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department, Use of Force Report

Date: 03/13/16   Time: 0319   Arrest#: 6-546-AR   Incident #: _____
Reporting Officer: Borrego   ID# 313
Suspects Name: Alicea, Juan   DOB: ~~_____~~   SSN # ~~_____~~

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [ ] X26 Drive Stun [X] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here:
X26P Taser (S#X13001ROX) Display Taser AS Warning

Was Use of Force Effective? If NO, please explain: _____
[ ] Yes [ ] No
Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [ ] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
[ ] Yes [ ] No   What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [ ] NO If YES, why? _____
Was X 26 used? [ ] Yes [ ] No [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? [ ] Yes [ ] No

Front

Back

Supervisor Reviewing Use Comments: _____
_____
_____

Supervisors Name (print): Summer   Brian   ID#: 305
                          (Last)      (First)        (Middle)
Signature of Reviewing Supervisor: Brian Summer (305)
[X] Approved [ ] Disapproved

THE CITY OF HOLYOKE
POLICE DEPARTMENT
(Print): _____
         (Last)  CAPTAIN MANUEL FEBO (First)   (Middle)   ID#: ____
Signature of Bureau Commander: Cpt M _____ 267

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

#6

Date: 03/10/16   Time: 2242   Arrest#: 16-516-AR   Incident #: _____

Reporting Officer: ZURHEIDE, JOSEPH   ID# 348

Suspects Name: RANJIT GREWAL   DOB: ▓▓▓▓   SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☑ Holds/Locks ☐ O.C. ☑ X26 Drive Stun ☐ Other * |
| ☑ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☑ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☑ Yes ☐ No

Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☑ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☑ No   What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☑ NO If YES, why? _____

Was X 26 used? ☑ Yes ☐ No ☐ Drive Stun ☑ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No

Front

Back

Supervisor Reviewing Use Comments:

Suspect was much bigger than Officer Zurheide and became combative. Use of the Taser was proper

Supervisors Name (print): Stuart (Last)   Richel (First)   B (Middle)   ID#: 216

Signature of Reviewing Supervisor: _____

☐ Approved   ☐ Disapproved

(Print): FEBO (Last)   MANUEL (First)   (Middle)   ID#: 263

Signature of Bureau Commander: Capt M _____ 263

* This form is to be submitted to the Chief's Office immediately upon completion

14

# Holyoke Police Department  Use of Force Report

#10

Date: 03/10/16   Time: 20:37   Arrest#: 16-516-AR   Incident #: _____
Reporting Officer: DelValle, Samuel   ID# 326
Suspects Name: GREWAL, Ranjit   DOB: ~~_____~~   SSN # ~~_____~~

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [✓] Resistant Active | [ ] Holds/Locks [ ] O.C. [✓] X26 Drive Stun [ ] Other * |
| [✓] Assaultive *(Bodily Harm)* | [ ] Strikes [ ] Baton [✓] X26 Taser [ ] Other * |
| [ ] Assaultive *(Serious Bodily Harm/Death)* | [ ] Baton [ ] Firearm [ ] Other * |

*\* Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
[✓] Yes  [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
[ ] Yes  [✓] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [✓] H.P.D. [ ] H.F.D [ ] AMR
[✓] Yes  [ ] No   What *hospital*, if any, was the subject transported to?  [ ] HMC  [ ] BMC
Was Restraint Chair used? [ ] Yes [✓] NO If YES, why? _____
Was X 26 used? [✓] Yes [ ] No  [✓] Drive Stun  [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? [ ] Yes [ ] No

Front

Back

Supervisor Reviewing Use Comments:
Suspect was a heavy assaultive towards officer Zurheide. Tasr deployment again allowed

Supervisors Name (*print*): Sears (Last)   Richard (First)   B (Middle)   ID#: 256
Signature of Reviewing Supervisor: _____
[ ] Approved [ ] Disapproved

(*Print*): FRANCO (Last)   MANUEL (First)   _____ (Middle)   ID#: 263
Signature of Bureau Commander: _____
*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department - Use of Force Report

Date: 02/27/16   Time: 2330   Arrest#: 16-410-AR   Incident #: 16-1019-OF

Reporting Officer: SOTOLOTTO, ANTHONY C.   ID# 371

Suspects Name: MULVANEY, MICHAEL   DOB: ███████   SSN # ███████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☑ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
☑ Yes ☐ No   THREAT OF TASER DEPLOYMENT - GAINED COMPLIANCE

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☑ No

Was the subject given medical treatment? If *YES*, who administered the treatment?  ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☑ No   What *hospital*, if any, was the subject transported to?   ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☑ NO If YES, why? _____

Was X 26 used? ☑ Yes ☐ No   ☐ Drive Stun ☑ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No

S#X00-686210



Front                                        Back

Supervisor Reviewing Use Comments: _____
_____
_____

Supervisors Name (print): Borrego (Last)   Walber (First)   (Middle)   ID#: 313

Signature of Reviewing Supervisor: _____ #313

☒ Approved ☐ Disapproved

(Print): FABO, MANUEL #203 (Last) (First) (Middle)   ID#: _____

Signature of Bureau Commander: _____

*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department: Use of Force Report

Date: 2/23/16   Time: 21:45   Arrest#: 16-388-AR   Incident #: _____
Reporting Officer: Seidel   ID# 361
Suspects Name: Eric Ocasa   DOB: ▓▓▓▓   SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☐ Yes ☒ No
Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No   What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____   Was subject allowed to decon? ☐ Yes ☐ No



Front       Back

Supervisor Reviewing Use Comments:
Officers response was appropriate to the level of the suspects actions

Supervisors Name (print): MONFETT (Last) CHARLES (First) PAUL (Middle) ID#: 338
Signature of Reviewing Supervisor: Sgt. Monfett, 338
☒ Approved ☐ Disapproved

(Print): CRUZ (Last) ISAIAS (First) _____ (Middle) ID#: 262
Signature of Bureau Commander: _____
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 01/30/16  Time: 2349  Arrest#: _____  Incident #: 16-551-OF
Reporting Officer: Walber Borrego  ID# 313
Suspects Name: Hamelin, Patrick  DOB: 0▓▓▓▓  SSN # ▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here:
~~Knife~~

Was Use of Force Effective? If NO, please explain: _____
☒ Yes  ☐ No

Was the subject injured? If YES, please describe the injuries: _____
☐ Yes  ☒ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☒ AMR
☒ Yes  ☐ No  What hospital, if any, was the subject transported to? ☒ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front

Back

Supervisor Reviewing Use Comments:
Subject was armed w/ meathook and wanted officers to shoot him. Given that ...
Deadly force was an option, Officer used restraint and showed calmness in dealing with
a suicidal subject. Subject was subsequently hospitalized.

Supervisors Name (print): Stuart  Keith  ID#: 216
                          (Last)    (First)   (Middle)
Signature of Reviewing Supervisor: _____ #216

☐ Approved  ☐ Disapproved

(Print): FEBO  MANUEL #263  ID#: 263
         (Last)  (First)  (Middle)
Signature of Bureau Commander: _____ 263

* This form is to be submitted to the Chief's Office immediately upon completion

18

# Holyoke Police Department- Use of Force Report

Date: 1/30/16   Time: 2349   Arrest#: _____   Incident #: 16-551
Reporting Officer: Sgt. Richard Stone   ID# 256
Suspects Name: Hamelin, Patrick   DOB: _____   SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☒ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*** Describe Weapon of Opportunity Here:**

Was Use of Force Effective? If **NO**, please explain: _____
☐ Yes ☒ No   Due probe missed

Was the subject injured? If **YES**, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If **YES**, who administered the treatment?   ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☒ No   What *hospital*, if any, was the subject transported to?   ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If **YES**, why? _____

Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No

Front

Back

Supervisor Reviewing Use Comments:

Supervisors Name *(print)*: Borrego (Last)   Walber (First)   (Middle)   ID#: 313

☒ Approved ☐ Disapproved   Signature of Reviewing Supervisor: _____ # 313

(Print): Febo (Last)   Manuel (First) #263   (Middle)   ID#: 263
Signature of Bureau Commander: Cpt M_____ #263

*** This form is to be submitted to the Chiefs Office immediately upon completion**

19

# Holyoke Police Department - Use of Force Report

Date: 01 / 07 / 16    Time: 23:30 HRS    Arrest#: 16-56-AR    Incident #: _____
Reporting Officer: STEPHEN NORTON                ID# 302
Suspects Name: JOHN RIVERA _____    DOB: _____    SSN # _____

| Suspect Actions Category | Officers Response    (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [ ] X26 Drive Stun [ ] Other * |
| | THREAT OF TASER USE |
| [ ] Assaultive *(Bodily Harm)* | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive *(Serious Bodily Harm/Death)* | [ ] Baton [ ] Firearm [ ] Other * |

* *Describe Weapon of Opportunity Here:* _____
_____

Was Use of Force Effective? If *NO*, please explain: _____
 [ ] Yes [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
 [ ] Yes [X] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
 [ ] Yes [X] No    What *hospital*, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [ ] Yes [X] No    [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____    Was subject allowed to decon? [ ] Yes [ ] No



Front                                                    Back

Supervisor Reviewing Use Comments:
Suspect was placed under arrest but did not comply with Officer S. Norton's
commands and was resisting. The threat to use the taser was proper and the
Arrestee did comply and was handcuff

Supervisors Name (print): GARCIA, Joseph                    ID#: 200
                         (Last)        (First)    (Middle)
Signature of Reviewing Supervisor: Lt. Joseph Garcia 200

[ ] Approved [ ] Disapproved

(Print): _____    ID#: _____
        (Last)          (First)    (Middle)
Signature of Bureau Commander: _____
    * This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 11 / 20 / 15   Time: 1900   Arrest#: 15-2917-AR   Incident #: _____

Reporting Officer: B. BOYLE #321   ID# 321

Suspects Name: Jose DeJesus   DOB: ☰☰☰   SSN # ████████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [X] Assaultive (*Bodily Harm*) | [X] Strikes [ ] Baton [ ] X26 Taser [X] Other *   KNEE / HANDS |
| [ ] Assaultive (*Serious Bodily Harm/Death*) | [ ] Baton [ ] Firearm [ ] Other * |

*\* Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: DEJESUS HAD NO REACTION TO DRIVE
[ ] Yes [X] No   STUN; CONTINUED TO FIGHT

Was the subject injured? If *YES*, please describe the injuries:
[X] Yes [ ] No   CUT ON FOREHEAD

Was the subject given medical treatment? If *YES*, who administered the treatment? [X] H.P.D. [ ] H.F.D [ ] AMB
[X] Yes [ ] No   What *hospital*, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [X] Yes [ ] No   [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition   [ ] O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? [ ] Yes [ ] N

**Front**

**Back**

Supervisor Reviewing Use Comments:
SUBJECT DEJESUS DISPLAYED RESISTANT ACTIVE AND ASSAULTIVE BEHAVIOR TOWARDS
OFFICERS. LEVEL OF FORCE USED TO GAIN COMPLIANCE WAS JUSTIFIED. DEJESUS SUFFERED
CUT ON FOREHEAD THAT WAS TREATED BY HPD per POLICY. FULL X26 DEPLOYMENT WAS NOT USED; CRUDE
AT CSA
Supervisors Name (print): REARDON   DANIEL   ID# 254
                          (Last)      (First)   (Middle)

Signature of Reviewing Supervisor: Sergeant Daniel H Reardon #254

[X] Approved [ ] Disapproved

(Print): Pratt   David   R   ID#: 239
         (Last)   (First)  (Middle)

Signature of Bureau Commander: Capt David Pratt #173

*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department Use of Force Report

Date: 11/05/15  Time: 1632  Arrest#: 15-2821-AR  Incident #: _____
Reporting Officer: SOTO LOTTO  ID# 371
Suspects Name: MATTA, RAUL  DOB: ~~_____~~  SSN # ~~_____~~

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [✓] Resistant Active | [ ] Holds/Locks [ ] O.C. [✓] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
[✓] Yes [ ] No
Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [✓] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
[ ] Yes [✓] No     What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [✓] No If YES, why? _____
Was X 26 used? [✓] Yes [ ] No  [✓] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? [ ] Yes [ ] No

Front

Back

Supervisor Reviewing Use Comments: _____
_____
_____

Supervisors Name (print): MONFETT   Charles   Paul   ID#: 338
                          (Last)      (First)   (Middle)
Signature of Reviewing Supervisor: Sgt. Monfett, 338
[✓] Approved [ ] Disapproved

(Print): FEBO   MANUEL   263   ID#: 263
        (Last)   (First)  (Middle)
Signature of Bureau Commander: Cpt. _____
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 6/30/15 Time: 2308  Arrest#: 15-1847AR Incident #: _____
Reporting Officer: SGT REARDON  ID# 254
Suspects Name: GIAMMARINO, Anthony  DOB: ▓▓▓▓  SSN: ▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☑ Holds/Locks ☐ O.C. ☑ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:* _____

---

Was Use of Force Effective? If NO, please explain: _____
   ☑ Yes  ☐ No
Was the subject injured? If YES, please describe the injuries: ABRASIONS- HEAD, CHEEK,
   ☑ Yes  ☐ No                                          SHIN, HANDS
Was the subject given medical treatment? If YES, who administered the treatment? ☑ H.P.D. ☐ H.F.D ☑ AMR
   ☑ Yes  ☐ No      What hospital, if any, was the subject transported to? ☑ HMC  ☐ BMC
Was Restraint Chair used? ☐ Yes  ☑ No If YES, why? _____
✗ Was X 26 used? ☑ Yes  ☐ No  ☑ Drive Stun  ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? ☐ Yes ☐ No



Front                                                    Back

Supervisor Reviewing Use Comments:
REFER TO OFFICER DELVALLE'S USE OF FORCE REPORT (TASER)
SUBJECT FLED, COMMITTED CRIME OF D.C., RESISTED ARREST AND USED
PHYSICAL FORCE TO ATTEMPT TO ESCAPE... TWICE.
Supervisors Name (print): REARDON        DANIEL                ID#: 254
   Signature of Reviewing Supervisor: Sgt Daniel Officer 254.
☐ Approved  ☐ Disapproved

   (Print): SMITH        David        C        ID#: 237
Signature of Bureau Commander: David Smith
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department – Use of Force Report

Date: **06/13/15**   Time: **0145**   Arrest#: **15-1683-AR**   Incident #: _____

Reporting Officer: **SGT DAVID S USHER**   ID# **218**

Suspects Name: **ALVARADO, MOISES**   DOB: ▓▓▓   SSN # ▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton   ☐ Firearm   ☐ Other * |

***Describe Weapon of Opportunity Here:*** _____

---

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes  ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes  ☒ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes  ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No

THREAT OF USE ONLY          ↓ YES SEE OFF. HOARS
                              USE OF FORCE

Front          Back

Supervisor Reviewing Use Comments: _____
_____
_____

Supervisors Name (print): **Borrego  Walber**   ID#: **313**
                          (Last)        (First)      (Middle)

Signature of Reviewing Supervisor: _____ #313

☒ Approved  ☐ Disapproved

(Print): **FEBO,  MANUEL**   *#263*   ID#: **263**
         (Last)   (First)      (Middle)

Signature of Bureau Commander: _____ 263

*This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department. Use of Force Report

Date: 5/29/15 Time: 1935 Arrest#: 15-1518-AR Incident #: _____
Reporting Officer: Matt WELCH ID# 307
Suspects Name: Michael Fernandez DOB: ▇▇▇▇ SSN # ▇▇▇▇

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☐ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No    ☐ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front                    Back

**Supervisor Reviewing Use Comments:**
_Based on the circumstances, the use of (display) the taser appears to be reasonable and within department guidelines._

Supervisors Name (*print*): McCoy (Last) Michael (First) J. (Middle) ID#: 198

Signature of Reviewing Supervisor: _D Michael McCoy_

☒ Approved ☐ Disapproved

(Print): FEBO (Last), MANUEL (First) (Middle) ID#: 263

Signature of Bureau Commander: _Capt M_____ #263

**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department- Use of Force Report

Date: 5/9/15  Time: 3:33 AM  Arrest#: 1311  Incident #: _____

Reporting Officer: Daniel Escobar  ID# 315

Suspects Name: William Aldoy  DOB: ~~████~~  SSN # ~~████~~

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☒ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: MR. Aldoy was Resisting arrest then
☒ Yes ☐ No  Complied when he was spray 2x with O.C

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____

Was X 26 used? ☐ Yes ☒ No ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☒ O.C. Duration: 15  # of Bursts: 2  Was subject allowed to decon? ☒ Yes ☐ No



Front                    Back

Supervisor Reviewing Use Comments: _____

Supervisors Name *(print)*: LEAHY *(Last)*  Patrick *(First)*  _____ *(Middle)*  ID#: 310

Signature of Reviewing Supervisor: S. Leahy  91.36

☒ Approved ☐ Disapproved

*(Print)* CAPT. MANUEL FEBO *(Last)* *(First)* *(Middle)*  ID#: 263

Signature of Bureau Commander: Capt M. ___ 263

*\* This form is to be submitted to the Chief's Office immediately upon completion*

26

**Holyoke Police Department - Use of Force Report**

Date: 04/19/15   Time: 1852   Arrest#: 15-1109-AR   Incident #: N/A
Reporting Officer: Emiteiro #334   ID# 334
Suspects Name: RIOS, JUAN   DOB: [redacted]   SSN # [redacted]

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [ ] X26 Drive Stun [X] Other * |
| | X26 Taser THREAT of use. |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here:
#1 - Suspect would NOT Remove His Hands from under His body - Took out Taser
Once susp. saw Taser He Removed His Hands from under His body.

Was Use of Force Effective? If NO, please explain:
[X] Yes [ ] No

Was the subject injured? If YES, please describe the injuries:
[ ] Yes [X] No

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
[ ] Yes [X] No   What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] No If YES, why?

Was X 26 used? [ ] Yes [X] No [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? [ ] Yes [ ] No



Front

Back

Supervisor Reviewing Use Comments:
Threatened use of Taser was effective in this situation. Its
use appears to be within Dept. guidelines.

Supervisors Name (print): McCoy (Last)   Michael (First)   J. (Middle)   ID#: 198
Signature of Reviewing Supervisor: D. Michael McC

[X] Approved [ ] Disapproved

(Print): FEBO, (Last)   MANUEL (First)   #203 (Middle)   ID#: 203
Signature of Bureau Commander: Cap't Febo

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 4 / 14 / 15   Time: 6:15pm   Arrest#: 05-1082A   Incident #: _____
Reporting Officer: Victor Heredia                    ID# 306
Suspects Name: Sontre Gosdan        DOB: ████████ /6   SSN # ████████

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:*
_____

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
   ☐ Yes ☒ No   What *hospital*, if any, was the subject transported to?   ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No

Front

Back

Supervisor Reviewing Use Comments:
   Described use of force seems to be appropriate for
   The level of Resistance officers were facing

Supervisors Name *(print)*:  MCMAHON   Michael
   *(Last)*        *(First)*   *(Middle)*        ID#: 272
   Signature of Reviewing Supervisor: _____   272
☒ Approved ☐ Disapproved

   *(Print)*:  FEBO     MANUEL
   *(Last)*   *(First)*   *(Middle)*        ID#: 263
   Signature of Bureau Commander: Cpt 281 _____ #263
*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 4/13/15  Time: 11:00pm  Arrest#: 05-1027AN  Incident #: _____
Reporting Officer: Victor Herechia  ID# 300
Suspects Name: Wascar Jimenez  DOB: ▓▓▓▓  SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* *Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: _____
☐ Yes ☒ No   Suspect was on PCP and had no effect.
Was the subject injured? If *YES*, please describe the injuries:
☐ Yes ☒ No _____
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ No



Front                    Back

Supervisor Reviewing Use Comments:
I have read the report seems to be reasonable
amount of force for the situation

Supervisors Name (print): MCMAHON (Last)  MICHAEL (First)  B (Middle)  ID#: 272
Signature of Reviewing Supervisor: _____  272
☒ Approved ☐ Disapproved

(Print): FEBO (Last)  MANUEL (First)  _____ (Middle)  ID#: 263
Signature of Bureau Commander: _____  263
* *This form is to be submitted to the Chief's Office immediately upon completion.*

# Holyoke Police Department- Use of Force Report

Date: 3/13/15  Time: _____  Arrest#: 15-650-AR  Incident #: _____
Reporting Officer: Josh Colon  ID# 264
Suspects Name: Brian Hunter  DOB: ████  SSN # ████████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks  [ ] O.C.  [X] X26 Drive Stun  [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes  [ ] Baton  [ ] X26 Taser  [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton  [ ] Firearm  [ ] Other * |

**\* Describe Weapon of Opportunity Here:**
Mr Hunter was in kitchen Area could have
Acess to unknow weapons.

**Was Use of Force Effective? If NO, please explain:** Upon taking taser out
[X] Yes  [ ] No  Mr Hunter comply and went to ground.

**Was the subject injured? If YES, please describe the injuries:**
[ ] Yes  [X] No

**Was the subject given medical treatment? If YES, who administered the treatment?** [ ] H.P.D. [ ] H.F.D. [ ] AMR
[ ] Yes  [X] No  **What hospital, if any, was the subject transported to?** [ ] HMC  [ ] BMC

**Was Restraint Chair used?** [ ] Yes [X] NO If YES, why? _____
**Was X 26 used?** [ ] Yes [X] No  [ ] Drive Stun  [ ] Taser
[ ] Baton  [ ] Impact Munition  [ ] O.C. Duration: _____ # of Bursts: _____  **Was subject allowed to decon?** [ ] Yes [ ] No

Front                                    Back

**Supervisor Reviewing Use Comments:**

Sgt. David M O'Connell #185

Supervisors Name (print): Borrego       Walbo       ID#: 313
                         (Last)        (First)      (Middle)

**Signature of Reviewing Supervisor:** _____ #313

[X] Approved  [ ] Disapproved

Sgt O'Connell, David M       ID#: 185
(Print)  (Last)    (First)   (Middle)

**Signature of Bureau Commander:** _____

30

**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department- Use of Force Report

Date: 03/08/15  Time: 01:12 Hrs  Arrest#: 15-600-AR  Incident #: _____
Reporting Officer: STEPHEN NORTON  ID# 322
Suspects Name: CARLOS VAZQUEZ-GONZALEZ  DOB: �one  SSN # ▬▬▬▬

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| | THREAT OF USING TASER   X00-721677 |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

_____

Was Use of Force Effective? If NO, please explain: _____
☒ Yes ☐ No
Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☒ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No

THREAT OF USE
ONLY

Front

Back

Supervisor Reviewing Use Comments: _____

_____

Supervisors Name (print): USHER  DAVID S.  ID#: 218
                          (Last)    (First)    (Middle)
Signature of Reviewing Supervisor: Sgt Dav USher 218
☒ Approved ☐ Disapproved

(Print): FEBO  MANUEL  #263  ID#: 263
         (Last)   (First)  (Middle)
Signature of Bureau Commander: _____ #263
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 02/24/15  Time: 11:33  Arrest#: _____  Incident #: 15-974
Reporting Officer: Goudreau, Roger  ID# 202
Suspects Name: Adam Cooper  DOB: ████████  SSN # ████████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: Stab wounds to left side of neck
   ☒ Yes ☐ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D. ☒ AMR
   ☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No



Front                                   Back

Supervisor Reviewing Use Comments: _____
_____
_____

Supervisors Name *(print)*: Sgt. O'Connell, David M  ID#: 185
Signature of Reviewing Supervisor: Sgt. David M O'Connell #185
☒ Approved  ☐ Disapproved

*(Print)*: FLORO MANUEL #263  ID#: 263
Signature of Bureau Commander: Capt. ___ #263

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department – Use of Force Report

Date: 02/01/15 Time: 0013 Arrest#: 15-287-AR Incident #: 15-287-AR / 15-590

Reporting Officer: Walber Borrego ID# 313

Suspects Name: Santiago Edgar DOB: ⬛⬛⬛ SSN # ⬛⬛⬛

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here:

_____

_____

Was Use of Force Effective? If NO, please explain: _____

☒ Yes ☐ No

Was the subject injured? If YES, please describe the injuries: _____

☐ Yes ☒ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR

☐ Yes ☒ No    What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☐ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No ☒ Drive Stun ☒ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front                                    Back

Supervisor Reviewing Use Comments:

_____

_____

Supervisors Name (print): USHER DAVID S ID#: 218
                          (Last)   (First) (Middle)

☒ Approved ☐ Disapproved

Signature of Reviewing Supervisor: SGT David USH 218

(Print): FEBO, MANUEL #263 ID#: 263
         (Last)   (First) (Middle)

Signature of Bureau Commander: _____

\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 11/7/14  Time: 4:20pm  Arrest#: 14-2808AK  Incident #: _____
Reporting Officer: Victor Heredia  ID# 306
Suspects Name: Wilfredo Rodriguez  DOB: ███████  SSN # ████████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: _____
　　☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
　　☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
　　☐ Yes ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ No



Front　　　　　　　　Back

Supervisor Reviewing Use Comments:
Officers use of drive stun was appropriate for the situation.

Supervisors Name (print): Lt. McCoy  Michael  ID#: 198
　　　　　　　　　　　　　(Last)　　　(First)　　(Middle)
Signature of Reviewing Supervisor: D. Michael McCoy
☒ Approved ☐ Disapproved

　　(Print): Febo  MANUEL  #263  ID#: 263
　　　　　　(Last)　　(First)　(Middle)
Signature of Bureau Commander: Capt. ___ #263
*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department - Use of Force Report

Date: 10/29/14  Time: 1835  Arrest#: 16-6046-OF  Incident #: 14-6046-OF
Reporting Officer: Crystal Manzi  ID# 343
Suspects Name: Luis Diaz  DOB: ~~____~~ 4  SSN # ~~_____~~

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:*
Drive stun using X26 Taser for an assaultive male who became assaultive towards us and himself

Was Use of Force Effective? If *NO*, please explain:
☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries:
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☒ AMR
☒ Yes ☐ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why?

Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N

**Front**          **Back**

Supervisor Reviewing Use Comments:
Officer Manzi used restraint in only drive stun person in stead of full probe deployment.

Supervisors Name (*print*): Stewart (Last)  Richard (First)  ID#: R318 (Middle)
Signature of Reviewing Supervisor: Sgt ____
☑ Approved ☐ Disapproved

(Print): FEBO (Last)  MANUEL (First)  J (Middle)  ID#: #263
Signature of Bureau Commander: Capt ____ #263
*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department  Use of Force Report

Date: 10/07/15   Time: 1008   Arrest#: _____   Incident #: 5641
Reporting Officer: OYER   ID# 201
Suspects Name: NICHOLAS KILBRIDE   DOB: _____   SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:*

---

Was Use of Force Effective? If **NO**, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☒ AMR
☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes ☒ No ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No

Front          Back

Supervisor Reviewing Use Comments:
Based on the circumstances, the display of the officer's taser was reasonable and within departmental guidelines

Supervisors Name (print): Lt. McCoy, Michael J.   ID#: 198
(Last)          (First)          (Middle)
Signature of Reviewing Supervisor: _____
☐ Approved ☐ Disapproved

(Print): FEBO          MANUEL          ID#: 263
(Last)          (First)          (Middle)
Signature of Bureau Commander: _____

\* *This form is to be submitted to the Chief's Office immediately upon completion*

36

# Holyoke Police Department- Use of Force Report

Date: 10/26/15   Time: 1956hrs   Arrest#: 15-2742-AR   Incident #: _____
Reporting Officer: SGT DAVID S USHER   ID# 218
Suspects Name: ERIC RAWLS   DOB: ~~_____~~   SSN # ~~_____~~

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☒ Holds/Locks  ☐ O.C.  ☒ X26 Drive Stun  ☐ Other *  <br> Did not use |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes  ☐ Baton  ☐ X26 Taser  ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton  ☐ Firearm  ☐ Other * |

* *Describe Weapon of Opportunity Here:*
_____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes  ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☒ H.P.D.  ☐ H.F.D.  ☐ AMR
☐ Yes  ☒ No   What *hospital*, if any, was the subject transported to?  ☐ HMC  ☐ BMC
Was Restraint Chair used? ☐ Yes  ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes  ☒ No  ☐ Drive Stun  ☐ Taser
☐ Baton  ☐ Impact Munition  ☐ O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? ☐ Yes  ☐ No

Suspect was informed to comply or would be tazed (Suspect complied)



Front                                      Back

Supervisor Reviewing Use Comments: _____
_____

Supervisors Name *(print)*: Monfett   Charles   Paul   ID#: 338
                              (Last)        (First)        (Middle)
Signature of Reviewing Supervisor: Sgt. Monfett, 338
                                    (First)   (Middle)
☒ Approved  ☐ Disapproved

*(Print)*: _____   ID#: _____
          (Last)        (First)        (Middle)
Signature of Bureau Commander: _____

* This form is to be submitted to the Chief's Office immediately upon completion



# Holyoke Police Department
## Arrest Report

### Arrest #: 15-2742-AR
### Call #: 15-43732

Date/Time Reported: 10/26/2015 @ 1935
Arrest Date/Time: 10/26/2015 @ 1956
Booking Date/Time: 10/26/2015 @ 1956

OBTN: THOY201502742
Reporting Officer: OFFICER JAMES DUNN
Booking Officer: LIEUTENANT ISAIAS CRUZ



Signature: _____

| DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|
| RAWLS, ERIC L<br>12 ELM ST<br>LUDLOW MA 01056 | M | W | 55 | ████████ | 413-222-3182 |

Military Active Duty: N

HEIGHT: 507          WEIGHT: 200          HAIR: BROWN     EYES: GREEN
BODY: MEDIUM                          COMPLEXION: LIGHT
DOB: ████████          PLACE OF BIRTH: FORT LEE VIRGINIA
STATE ID: M██████          FBI: ████████
LICENSE ████████          ETHNICITY: NOT HISPANIC
          LOCAL ID: P█████

_____ [CONTACT INFORMATION] _____

Home Phone          (Primary)     413-222-3182

_____ [APPEARANCE] _____

GLASSES WORN: NO

TATTOOS: TAT LF ARM(PARARESCUE), TAT UR ARM(PARARESCUE)
          TAT UL ARM(SUN WITH ANGEL)

_____ [FAMILY/EMPLOYMENT INFORMATION] _____

MARITAL STATUS: SINGLE

FATHER'S NAME: RAWLS, OBRA
MOTHER'S NAME: SPANGLER, RICKEE

EMPLOYER/SCHOOL: DISABLED

OCCUPATION: NURSING SCHOOL

## Arrest #: 15-2742-AR
## Call #: 15-43732

| # | DEFENDANT(S) | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|

---

**[RIGHTS/BOOKING CHECKS]**

```
RIGHTS ADVISED BY: LIEUTENANT ISAIAS CRUZ        DATE/TIME: 10/26/2015 @ 1956
        PHONE USED: Y              PHONED DATE/TIME: 10/26/2015 & 1956
 ARRESTEE SECURED: Y 10/26/2015
   ARRESTEE CELL #: M4

    FINGERPRINTED: Y
     PHOTOGRAPHED: Y
    SUICIDE CHECK: Performed
          PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
 INJURY OR ILLNESS: Y -  FOREHEAD CUT
```

| OFFENSE(S) | | ATTEMPTED | TYPE |
|---|---|---|---|

```
LOCATION TYPE: Highway/Road/Alley/Street    Zone: RA-1
HR BLOCK
210 HIGH ST
HOLYOKE MA 01040
```

| | | ATTEMPTED | TYPE |
|---|---|---|---|
| RESIST ARREST<br>268/32B          268    32B<br>  OCCURRED: 10/26/2015   1957 | | N | Misdemeanor |
| DISORDERLY CONDUCT<br>272/53/F         272    53<br>  OCCURRED: 10/26/2015   1957 | | N | Misdemeanor |
| A&B ON POLICE OFFICER<br>265/13D/A        265    13D<br>  OCCURRED: 10/26/2015   1958<br>  WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc) | | N | Misdemeanor |
| PROTECTIVE CUSTODY/INCAP.PERSON/ASSIST TO FACILITY<br>111B/8          111B   8<br>  OCCURRED: 10/26/2015   1958 | | N | Not Applicable |

| VICTIM(S) | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL

Arrest #: 15-2742-AR
Call #: 15-43732

```
*******************************
***CONFIDENTIAL VICTIM REPORT***
*******************************
```

| VICTIM(S) | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| DUNN, JAMES M<br>138 APPLETON ST<br>HOLYOKE MA 01040 | | M | W | 36 | NOT AVAIL | 413-322-6900 |

DOB: ▓▓▓▓▓▓▓
EMPLOYER: HOLYOKE POLICE DEPARTMENT  · 413-536-6431
INJURIES: None
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 3
RELATION TO: RAWLS ERIC                    Stranger
CONTACT INFORMATION:
Home Phone          (Primary)    413-532-1804
Home Phone          (Primary)    413-536-6431
Work Phone          (Primary)    413-322-6900
Work Phone          (Primary)    413-536-6431

Holyoke Police Department
NARRATIVE FOR OFFICER JAMES DUNN

Ref: 15-2742-AR

On October 6, 2015 I Officer James Dunn was assigned to car 2. Officers Shaw and Beben were dispatched to a man passed out on the sidewalk at the corner of Dwight Street and High Street. When Officer Dunn arrived Officers Beben and Shaw were already on scene speaking to a party.

Officer Dunn saw a few people walking away as he was pulling up. Officer Dunn observed a male holding a box who was unsteady on his feet swaying back and forth. He was talking about a torn plastic bag that he was holding and his speech was slurred.

Officer Dunn then asked Officer Shaw what was happening with this person. At this time the male, who was later identified as Mr. Eric Rawls looked at Officer Shaw and told him to "Relax!" Officer Dunn then asked Mr. Rawls what he said. He told Officer Dunn "I asked him to relax, now I'm telling you to relax."

At this time Officer Dunn exited his cruiser to speak further with Mr. Rawls. As Officer Dunn approached him, Mr. Rawls bladed his stance stated "what are you gonna do arrest me?" Officer Dunn could now see that his eyes were bloodshot and glassy and he smelled very strongly of an alcoholic beverage.

Due to Officer Dunn's observations he believed that Mr. Rawls was highly intoxicated. Officer Dunn replied no, but i'm placing you in protective custody so put your hands behind your back. Officer Dunn then went to remove the box that Mr. Rawls was holding to put handcuffs on him. Mr. Rawls reached out and pushed Officer Dunn with the hand that was not holding the box.

Officer Dunn immediately grabbed Mr. Rawls and took him down to the ground. Mr. Rawls landed on his back, face up. Officer Dunn told him to stop resisting and turn over onto his stomach. Mr. Rawls then reached up and struck Officer Dunn with an open palm and then punched him in the face with his other hand.

Officer Dunn then began striking Mr. Rawls several times in the face. Mr. Rawls then tried to kick Officer Dunn but was unable to. Officers were then able to roll Mr. Rawls onto his stomach. But Mr. Rawls tucked his hands to his chest so he could not be handcuffed.

Officers struggled with Mr. Rawls in order to try to handcuff him. Mr. Rawls was still assaultive, trying to bite Officer Dunn as he was trying to gain control of his hands. Officer Dunn had to push Mr. Rawls head to ground several times so he could not bite Officer Dunn. While on the ground Mr. Rawls was yelling and screaming obscenities at the Officers at the top of his lungs.

Ref: **15-2742-AR**

---

   Officers were eventually able handcuff Mr. Rawls at which time he stopped fighting. Officer Dunn helped Mr. Rawls to his feet and escorted him to the back of car 2. Mr. Rawls refused to get into the car and had to be forced into the back of the cruiser. Officer Dunn then transported Mr. Rawls to the station. Once in booking several other units arrived in booking.

   Officer Dunn then left booking so as not to further agitate Mr. Rawls. Officer Dunn was later advised by the House Officer that Mr. Rawls became assaultive again in booking after the handcuffs were removed. See Officer Deliberto's supplemental narrative.

# Holyoke Police Department- Use of Force Report

Date: 10/12/15   Time: 0353   Arrest#: 15-2657-AR   Incident #: _____
Reporting Officer: Janiec, Jeffrey   ID# 231
Suspects Name: RIVERA, ANGEL JR.   DOB: ███████   SSN # ███████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| | X00-721677 |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: SUSPECT on PCP. Confined space. minimal alert
☐ Yes ☒ No    Spread

Was the subject injured? If YES, please describe the injuries: facial, hit door frame during
☒ Yes ☐ No    altercation

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☒ AMR
☒ Yes ☐ No    What hospital, if any, was the subject transported to? ☒ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? N/A

Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No

Front

Back

Supervisor Reviewing Use Comments: _____

Supervisors Name (print): Borrego (Last) Walter (First) (Middle) ID#: 313
☒ Approved ☐ Disapproved   Signature of Reviewing Supervisor: Sgt. Stephen Loftus 168   #313

(Print): PEREA (Last) MANUEL (First) (Middle) ID#: 263
Signature of Bureau Commander: Capt M____ JR 263

* This form is to be submitted to the Chief's Office immediately upon completion

43

# Holyoke Police Department - Use of Force Report

Date: 9/16/15　Time: 2248　Arrest#: 15-2469　Incident #: _____

Reporting Officer: J. Lopez #351　ID# 351

Suspects Name: Carlos Delgado　DOB: ▓▓　SSN # ▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:**
Displayed X26 Taser, was not used.

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☒ No　What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☐ Yes ☒ No　☐ Drive Stun　☐ Taser

☐ Baton ☐ Impact Munition　☐ O.C. Duration: ____ # of Bursts: ____　Was subject allowed to decon? ☐ Yes ☐ No

Front

Back

Supervisor Reviewing Use Comments:
Displaying of the taser appears to be appropriate and reasonable given the circumstances.

Supervisors Name (*print*): McCoy (Last) Michael (First) (Middle)　ID#: 198

Signature of Reviewing Supervisor: D. Michael McCoy #198

☐ Approved ☐ Disapproved

(*Print*): Febo (Last) MANUEL (First) (Middle)　ID#: 263

Signature of Bureau Commander: _____

\* This form is to be submitted to the Chief's Office immediately upon completion

44

# Holyoke Police Department - Use of Force Report

Date: **9/5/14** Time: **0313** Arrest#: **14-2228-AR** Incident #: _____

Reporting Officer: **Borrego** ID# **313**

Suspects Name: **Pagan, Angel** DOB: _____ SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:*

_____

Was Use of Force Effective? If *NO*, please explain: Subject continued to kick even after
☐ Yes ☒ No being Drive Stunned

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? ☐ Yes ☐ N

**Front** **Back**

Supervisor Reviewing Use Comments:
Officer Borrego showed restraint in using only drive stun on an assaultive
subject. Use was within Policy.

Supervisors Name *(print)*: _____ (Last) _____ Kidd (First) _____ (Middle) ID#: 976

Signature of Reviewing Supervisor: Sgt _____

☒ Approved ☐ Disapproved

*(Print)*: Pratt (Last) Evan (First) R (Middle) ID#: 239

Signature of Bureau Commander: _____ #239

*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 08/19/15  Time: 0000  Arrest#: 15-2238  Incident #: _____
Reporting Officer: Borrego, Walber  ID# 313
Suspects Name: Veto, Jason  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☒ Yes ☐ No
Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☒ No   What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No ☒ Drive Stun ☐ Taser  X26P (S#X)3001RDX)
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front

Back

Supervisor Reviewing Use Comments: ALL SET

Supervisors Name (print): Febo (Last) Manuel (First) (Middle) ID# 263
Signature of Reviewing Supervisor: _____
☐ Approved ☐ Disapproved

(Print): Febo, Manuel (Last) (First) (Middle) ID#: 263
Signature of Bureau Commander: _____

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 7/30/15   Time: 0337   Arrest#: 15-2076-AR   Incident #: _____
Reporting Officer: Martin, Erik J   ID# 342
Suspects Name: Berrios, Efrain   DOB: _____   SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [✓] Resistant Active | [ ] Holds/Locks  [ ] O.C.  [✓] X26 Drive Stun  [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes  [ ] Baton  [ ] X26 Taser  [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton  [ ] Firearm  [ ] Other * |

**\* Describe Weapon of Opportunity Here:**
_____

Was Use of Force Effective? If NO, please explain: Threat of drive-stun caused compliance,
[✓] Yes  [ ] No   NO discharge of taser was needed-see report

Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes  [✓] No

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D  [ ] H.F.D  [ ] AMR
[ ] Yes  [✓] No   What hospital, if any, was the subject transported to? [ ] HMC  [ ] BMC

Was Restraint Chair used? [ ] Yes  [✓] NO If YES, why? _____

Was X 26 used? [✓] Yes  [ ] No  [✓] Drive Stun  [ ] Taser
[ ] Baton  [ ] Impact Munition  [ ] O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? [ ] Yes  [ ] No

Front    Back

Supervisor Reviewing Use Comments:
Effective by warning given to suspect
_____
_____

Supervisors Name (print): USHER   DAVID   S.   ID#: 218
                          (Last)      (First)   (Middle)
Signature of Reviewing Supervisor: Sgt D. USHER #218

[✓] Approved  [ ] Disapproved

(Print): FEBO   MANUEL   ID#: 263
         (Last)   (First)   (Middle)
Signature of Bureau Commander: Capt. M. Febo #263

\* This form is to be submitted to the Chief's Office immediately upon completion