# Holyoke Police Department- Use of Force Report

Date: 02/23/15   Time: 0500   Arrest#: 15-2015-AR   Incident #: _____
Reporting Officer: Joseph Zurheide   ID# 348
Suspects Name: Munroe, Joseph   DOB: ▉▉▉▉   SSN #: ▉▉▉▉

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries:  Bruises from struggle with officers while
   ☒ Yes ☐ No   subject had one hand (right hand) handcuffed
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☒ AMR
   ☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes ☒ No   ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No



Front

Back

Supervisor Reviewing Use Comments:

_____

Supervisors Name (print): Borrego   Walter   ID#: 313
                          (Last)      (First)    (Middle)
Signature of Reviewing Supervisor: _____ #313
☒ Approved ☐ Disapproved

   (Print): Chase   Manuel   ID#: 263
            (Last)    (First)   (Middle)
Signature of Bureau Commander: _____
\* This form is to be submitted to the Chief's Office immediately upon completion

48

# Holyoke Police Department Use of Force Report

Date: 7/27/15  Time: 11:26  Arrest #: 15-2050  Incident #: _____
Reporting Officer: Goudreau " 202  ID# 202
Suspects Name: Borge Figueroa  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * <br> Threat of use |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☒ Yes ☐ No
Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes ☒ No  ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No

Front    Back

Supervisor Reviewing Use Comments:
THIS WAS A JUSTIFIED USE OF FORCE. THE SUBJECT
WAS STRUGGLING WITH THE OFFICERS UNTIL THE TASER
WAS DRAWN. POSSIBLY SAVED OFFICER OR SUBJECT FROM INJURY
Supervisors Name (print): LOFTUS  STEPHEN  ID#: 168
                          (Last)    (First)    (Middle)
Signature of Reviewing Supervisor: Sgt. Stephen Loftus
☒ Approved ☐ Disapproved

(Print): FEBO, MANUEL  ID#: 263
         (Last)   (First)   (Middle)
Signature of Bureau Commander: Capt. MB ___ (263)
* This form is to be submitted to the Chief's Office immediately upon completion

## Holyoke Police Department Use of Force Report

Date: **7/19/15**  Time: **01:21**  Arrest#: **15-1981-AR**  Incident #: _____

Reporting Officer: **MARTIN, Erik J #342**  ID# **342**

Suspects Name: **Heard, Monique**  DOB: ▓▓▓▓  SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:**
_____ Taser was drawn and pointed at Ms. Heard, Ms. Heard then
became compliant without the need for probe deployment or drive stun.

Was Use of Force Effective? If **NO**, please explain: _____
☒ Yes ☐ No

Was the subject injured? If **YES**, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If **YES**, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☐ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ No

**Front**

**Back**

Supervisor Reviewing Use Comments:
After review of the arrest report and use of force report, it was determin
that the suspects action category was Assaultive (Body Harm). The Taser was
drawn and that alone was effective.

Supervisors Name (print): **Garcia  Joseph**  ID#: **200**
(Last)  (First)  (Middle)

Signature of Reviewing Supervisor: _Lt. Joseph Garcia #200 /Officer Borrego #313_

☒ Approved ☐ Disapproved

(Print): **Febo  Manuel**  ID#: **263**
(Last)  (First)  (Middle)

Signature of Bureau Commander: _Capt. 50M / #263_

\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 7/2/15   Time: 1655   Arrest#: 15-1757-AR   Incident #: _____

Reporting Officer: M. WELCH 307   ID# 307

Suspects Name: DANIEL CORIANO   DOB: ▮▮▮▮▮   SSN # ▮▮▮▮▮

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If **NO**, please explain: *Some what, he got onto the ground but*
   ☐ Yes ☐ No *refused to put his hands behind his back.*
Was the subject injured? If **YES**, please describe the injuries: _____
   ☐ Yes ☒ No
Was the subject given medical treatment? If **YES**, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
   ☐ Yes ☒ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No

**Front**                    **Back**

Supervisor Reviewing Use Comments:
*DRIVE STUN WAS effective in getting Suspect to place hands behind his back.*

Supervisors Name (print): CRUZ (Last) ISAIAS (First) (Middle)   ID#: 262
Signature of Reviewing Supervisor: _____

☒ Approved ☐ Disapproved

(Print): FAN (Last), MANUEL (First) 263 (Middle)   ID#: 863
Signature of Bureau Commander: _____
\* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 06 / 30 / 15  Time: 23:15  Arrest#: 15-1847-AR  Incident #: _____
Reporting Officer: DELVALLE, SAMUEL  ID# 326
Suspects Name: GIAMMARINO, ANTHONY  DOB: ■■■■■  SSN # ■■■■■

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [✓] Resistant Active | [ ] Holds/Locks [ ] O.C. [✓] X26 Drive Stun [ ] Other * |
| [ ] Assaultive *(Bodily Harm)* | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive *(Serious Bodily Harm/Death)* | [ ] Baton [ ] Firearm [ ] Other * |

*\* Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
[ ] Yes [✓] No
Was the subject injured? If *YES*, please describe the injuries:  INJURIED BUT NOT AS A RESULT OF
[✓] Yes [ ] No   DRIVE STUN.
Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [✓] AMR
[✓] Yes [ ] No   What *hospital*, if any, was the subject transported to? [✓] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [✓] NO If YES, why? _____
Was X 26 used? [✓] Yes [ ] No  [✓] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition  [ ] O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? [ ] Yes [ ] No

Front

Back

Supervisor Reviewing Use Comments:
_Based on a review of all related reports, the use of force in this case appears to be justified and reasonable._

Supervisors Name *(print)*: McC___ Michael  ID#: 198
                              *(Last)*   *(First)*        *(Middle)*
Signature of Reviewing Supervisor: _____
[✓] Approved [ ] Disapproved

*(Print)*: FEBO, MANUEL  #263  ID#: 263
           *(Last)*   *(First)*   *(Middle)*
Signature of Bureau Commander: _____ #263
*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

X20 - 721701

Date: 07/18/14   Time: 2000   Arrest#: 14-1810-A2   Incident #: _____
Reporting Officer: BOYLE #321   ID# 321
Suspects Name: ISAIAH CALDERON   DOB: _____   SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (*Bodily Harm*) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (*Serious Bodily Harm/Death*) | [ ] Baton [ ] Firearm [ ] Other * |

*\* Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: _____
[X] Yes [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
[ ] Yes [X] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMI
[ ] Yes [X] No     What *hospital*, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No   [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition   [ ] O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? [ ] Yes [ ] N

Front     Back

Supervisor Reviewing Use Comments:
Suspect resisted officers attempt by grabbing a to a fence. Use was
justified.

Supervisors Name (print): Strauss (Last) Michael (First) ___ (Middle)   ID#: 256
Signature of Reviewing Supervisor: Sgt. _____
[X] Approved [ ] Disapproved

(Print): Pratt (Last) Alan (First) R (Middle)   ID#: 239
Signature of Bureau Commander: Capt Al Pratt #239

*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: **7/16/14** Time: **01:14** Arrest#: _____ Incident #: **14-38480F**

Reporting Officer: **WALBER BORREGO** ID# **313**

Suspects Name: **JONATHAN ABREU** DOB: ~~_____~~ SSN # **N/A**

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*** Describe Weapon of Opportunity Here:**

_____

Was Use of Force Effective? If *NO*, please explain: _____

☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: **PRIOR INJURIES / GASH ON HIS HEAD**

☒ Yes ☐ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☒ AMR

☒ Yes ☐ No What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____

Was X 26 used? ☐ Yes ☒ No ☐ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? ☐ Yes ☐ N

Front

Back

Supervisor Reviewing Use Comments:

Brandishing the TASER was proper due to the nature of the call

Supervisors Name (*print*):  Sean  Reid  ID#: **F216**
                        (Last)        (First)      (Middle)

Signature of Reviewing Supervisor: Sgt RB

☒ Approved ☐ Disapproved

(Print): Pratt  David  R  ID#: **235**
        (Last)    (First)  (Middle)

Signature of Bureau Commander: Capt David #235

*** This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department- Use of Force Report

Date: 07/03/14  Time: 11:15  Arrest#: 1670  Incident #: _____
Reporting Officer: OYEK 201  ID# 201
Suspects Name: RICHARD MARTINEZ  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here:
___ TASEN IMPLIED THOUGH NOT DISCHARGED TOWARDS
___ SUSPECT

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No

Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No  NOT FROM TASEN / ELBOW INJURY FROM FALL

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMI
[ ] Yes [X] No  What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [ ] Yes [X] No  [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition  [ ] O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? [ ] Yes [ ] N



Front

Back

Supervisor Reviewing Use Comments:
VALID USE

Supervisors Name (print): LOFTUS (Last) STEPHEN (First) T (Middle) ID#: 168
Signature of Reviewing Supervisor: Sgt. Stephen Loftus 168
[X] Approved [ ] Disapproved

(Print): Scott (Last) Cond (First) R (Middle) ID#: 235
Signature of Bureau Commander: Capt. _____ #235

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 6/25/14   Time: 1845   Arrest#: 14-1620-AR   Incident #: _____
Reporting Officer: Crystal Manzi   ID# 343
Suspects Name: John Smith   DOB: ~~____~~   SSN # ~~____~~

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks  [ ] O.C.  [X] X26 Drive Stun  [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes  [ ] Baton  [ ] X26 Taser  [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton  [ ] Firearm  [ ] Other * |

* Describe Weapon of Opportunity Here:

Was Use of Force Effective? If NO, please explain: He continued to be actively resisting by not giving
[ ] Yes  [X] No   us his hands and we were unaware of the head weapons
Was the subject injured? If YES, please describe the injuries: Facial lacerations brought to HMC
[X] Yes  [ ] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[X] Yes  [ ] No   What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why?
Was X 26 used? [X] Yes [ ] No  [X] Drive Stun  [ ] Taser
[ ] Baton [ ] Impact Munition  [ ] O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? [ ] Yes [ ] N



**Front**                  **Back**

Supervisor Reviewing Use Comments:
Officer Manzi and other were dealing with an extremely violent person. She deployed
her taser under the correct circumstances but could not get good contact to
get the desired effects. Her attempts were appropriate for the situation
Supervisors Name (print): Stoiser (Last)   Richie (First)   B (Middle)   ID#: 256
Signature of Reviewing Supervisor: Sgt ___
[X] Approved  [ ] Disapproved

(Print): ___ (Last)   David (First)   ___ (Middle)   ID#: 275
Signature of Bureau Commander: ___ #275
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 6/25/14   Time: 1845   Arrest#: 14-1620-AR   Incident #: _____
Reporting Officer: Crystal Manzi   ID# 343
Suspects Name: John Smith   DOB: 5▓▓▓   SSN # ▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton   ☐ Firearm   ☐ Other * |

\* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If *NO*, please explain: He continued to be actively resistant by not
giving us his hands and we were unaware if he had weapons
Was the subject injured? If *YES*, please describe the injuries: Facial lacerations brought to HMC
☒ Yes ☐ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☒ Yes ☐ No   What hospital, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ N

Front   Back

Supervisor Reviewing Use Comments:
Attempt was proper but she could not get good contact for the stun.

Supervisors Name (print): Stris   Ridl   ID#: 208
                          (Last)   (First)   (Middle)
Signature of Reviewing Supervisor: Sgt R.D.B #312
☐ Approved ☐ Disapproved

(Print): _____   ID#: _____
         (Last)   (First)   (Middle)
Signature of Bureau Commander: _____
\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

3

Date: 6/25/14  Time: 1845  Arrest#: 14-1620-AR Incident #: _____
Reporting Officer: Crystal Manzi  ID# 343
Suspects Name: John Smith  DOB: ▓▓▓  SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: He continued to be resistand active by
☐ Yes ☒ No   not giving us his hands and we were unaware if he had
Was the subject injured? If *YES*, please describe the injuries: Fatial laseration brought to weapon
☒ Yes ☐ No  HMC
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☒ AM?
☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? ☐ Yes ☐ N



Front                                    Back

Supervisor Reviewing Use Comments: Could not make good contact to get needed result but attempt was
within guidelines

Supervisors Name (print): Stuart (Last)  Richie (First)  R (Middle)  ID#: 286
Signature of Reviewing Supervisor: Sgt ___
☐ Approved  ☐ Disapproved

(Print): _____
(Last)  (First)  (Middle)  ID#: _____
Signature of Bureau Commander: _____

\* *This form is to be submitted to the Chief's Office immediately upon completion*

58

# Holyoke Police Department- Use of Force Report

4

Date: 6/25/14  Time: 1845  Arrest#: 14-1620-18  Incident #: _____
Reporting Officer: Crystal Manzi  ID# 343
Suspects Name: John Smith  DOB: ▓▓  SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: he continued to be resistant active by not giving
[ ] Yes [X] No  us his hands and we were unaware if he had weapons
Was the subject injured? If YES, please describe the injuries: Facial laceration brought to HMC
[X] Yes [ ] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[X] Yes [ ] No  What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? [ ] Yes [ ] No



Front



Back

Supervisor Reviewing Use Comments: Subject was for actively resisting but she could not get
good contact.

Supervisors Name (print): Slesar    Rachel   B    ID#: 266
                          (Last)    (First)  (Middle)
Signature of Reviewing Supervisor: Sgt R B  # 266
[ ] Approved [ ] Disapproved

(Print): _____
         (Last)        (First)    (Middle)    ID#: _____
Signature of Bureau Commander: _____

59

* This form is to be submitted to the Chief's Office immediately upon completion

# EVIDENCE⊘SYNC™ OFFLINE
# DEVICE REPORT

**TASER Information**
**Serial #:** X00-686213
**Model #:** X26
**Firmware version:** USB: 06, SW: 22

**Offline Report**
**Date:** 25 Jun 2014 20:43:00
**Local Timezone:** Eastern Standard Time (UTC -4:00)

## Event Log

| # | UTC Time | Local Time | Event | Duration | Temp | Battery |
|---|----------|-----------|-------|----------|------|---------|
| 1 | 06/23/2014 11:18:08 | 06/23/2014 07:18:08 | FIRE | 3s | 0°C | 25% |
| 2 | 06/23/2014 11:18:11 | 06/23/2014 07:18:11 | FIRE | 1s | 23°C | 25% |
| 3 | 06/25/2013 19:12:28 | 06/25/2014 15:12:28 | FIRE | 1s | 22°C | 25% |
| 4 | 06/25/2014 22:37:43 | 06/25/2014 18:37:43 | FIRE | 5s | 28°C | 25% |
| 5 | 06/25/2014 22:37:48 | 06/25/2014 18:37:48 | FIRE | 5s | 28°C | 25% |
| 6 | 06/25/2014 22:37:54 | 06/25/2014 18:37:54 | FIRE | 5s | 28°C | 24% |
| 7 | 06/25/2014 22:37:58 | 06/25/2014 18:37:58 | FIRE | 3s | 28°C | 24% |
| 8 | 06/26/2014 00:42:46 | 06/25/2014 20:42:46 | SYNC | 06/26/2014 00:44:24 to 06/26/2014 00:42:46 | | |
| 9 | 09/18/2012 02:44:47 | 09/17/2012 22:44:47 | FIRE | 5s | 24°C | 98% |
| 10 | 09/18/2012 02:58:57 | 09/17/2012 22:58:57 | FIRE | 1s | 23°C | 97% |
| 11 | 09/18/2012 03:07:09 | 09/17/2012 23:07:09 | FIRE | 5s | 28°C | 97% |
| 12 | 09/18/2012 03:19:01 | 09/17/2012 23:19:01 | FIRE | 2s | 29°C | 97% |
| 13 | 09/18/2012 05:20:47 | 09/18/2012 01:20:47 | FIRE | 2s | 23°C | 97% |
| 14 | 09/18/2012 07:14:17 | 09/18/2012 03:14:17 | FIRE | 5s | 26°C | 96% |
| 15 | 09/18/2012 07:14:33 | 09/18/2012 03:14:33 | FIRE | 1s | 27°C | 96% |
| 16 | 09/26/2012 14:12:57 | 09/26/2012 10:12:57 | FIRE | 5s | 21°C | 96% |
| 17 | 09/26/2012 14:13:36 | 09/26/2012 10:13:36 | FIRE | 5s | 22°C | 95% |
| 18 | 09/26/2012 17:44:36 | 09/26/2012 13:44:36 | FIRE | 2s | 24°C | 95% |
| 19 | 09/26/2012 17:45:45 | 09/26/2012 13:45:45 | FIRE | 1s | 24°C | 95% |
| 20 | 09/26/2012 17:57:28 | 09/26/2012 13:57:28 | FIRE | 5s | 25°C | 95% |
| 21 | 09/26/2012 17:57:46 | 09/26/2012 13:57:46 | FIRE | 5s | 26°C | 94% |
| 22 | 09/26/2012 18:02:37 | 09/26/2012 14:02:37 | FIRE | 5s | 26°C | 94% |
| 23 | 09/26/2012 18:02:50 | 09/26/2012 14:02:50 | FIRE | 5s | 26°C | 94% |
| 24 | 09/26/2012 18:08:08 | 09/26/2012 14:08:08 | FIRE | 5s | 26°C | 93% |
| 25 | 09/26/2012 18:12:53 | 09/26/2012 14:12:53 | FIRE | 4s | 26°C | 93% |
| 26 | 09/26/2012 18:13:02 | 09/26/2012 14:13:02 | FIRE | 3s | 26°C | 93% |
| 27 | 09/26/2012 18:33:29 | 09/26/2012 14:33:29 | FIRE | 5s | 26°C | 92% |
| 28 | 09/26/2012 18:33:43 | 09/26/2012 14:33:43 | FIRE | 5s | 26°C | 92% |
| 29 | 09/28/2012 14:00:23 | 09/28/2012 10:00:23 | FIRE | 5s | 21°C | 91% |
| 30 | 09/28/2012 14:01:56 | 09/28/2012 10:01:56 | FIRE | 1s | 21°C | 91% |
| 31 | 09/28/2012 14:02:13 | 09/28/2012 10:02:13 | FIRE | 1s | 21°C | 91% |
| 32 | 09/28/2012 17:42:18 | 09/28/2012 13:42:18 | FIRE | 5s | 20°C | 91% |
| 33 | 09/28/2012 17:42:53 | 09/28/2012 13:42:53 | FIRE | 5s | 21°C | 90% |
| 34 | 09/28/2012 17:43:21 | 09/28/2012 13:43:21 | FIRE | 5s | 22°C | 90% |
| 35 | 09/28/2012 17:43:45 | 09/28/2012 13:43:45 | FIRE | 5s | 23°C | 90% |
| 36 | 09/30/2012 03:50:42 | 09/29/2012 23:50:42 | FIRE | 1s | 23°C | 89% |
| 37 | 09/30/2012 09:12:18 | 09/30/2012 05:12:18 | FIRE | 1s | 26°C | 89% |
| 38 | 09/30/2012 09:13:46 | 09/30/2012 05:13:46 | FIRE | 1s | 27°C | 89% |
| 39 | 09/30/2012 09:21:33 | 09/30/2012 05:21:33 | FIRE | 2s | 24°C | 89% |
| 40 | 09/30/2012 09:51:22 | 09/30/2012 05:51:22 | FIRE | 3s | 23°C | 89% |
| 41 | 09/30/2012 09:51:35 | 09/30/2012 05:51:35 | FIRE | 5s | 23°C | 89% |

# Holyoke Police Department - Use of Force Report

Date: 06/25/14   Time: 18:15   Arrest#: 14-1620   Incident #: _____
Reporting Officer: DELVALLE, SAMUEL   ID# .326
Suspects Name: SMITH, JOHN   DOB: ▓▓▓▓   SSN # ▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks  ☐ O.C.  ☑ X26 Drive Stun  ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes  ☐ Baton  ☐ X26 Taser  ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton  ☐ Firearm  ☐ Other * |

*\* Describe Weapon of Opportunity Here:* _____

_____

Was Use of Force Effective? If *NO*, please explain: SMITH CONTINUED TO ACTIVELY RESIST
   ☐ Yes  ☑ No
Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes  ☑ No
Was the subject given medical treatment? If *YES*, who administered the treatment?  ☐ H.P.D.  ☐ H.F.D  ☑ AMI
   ☑ Yes  ☐ No   What *hospital*, if any, was the subject transported to?  ☑ HMC  ☐ BMC
Was Restraint Chair used? ☐ Yes  ☑ NO If *YES*, why? _____
Was X 26 used? ☑ Yes  ☐ No   ☑ Drive Stun  ☐ Taser
☐ Baton  ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes  ☐ N



Front                    Back

Supervisor Reviewing Use Comments: Subject was constantly resisting officers attempt at handcuffing. Seeing Off. Manz. having difficulty making good contact used his TASER and got the desired results. Use was w/in policy & procedural

Supervisors Name (print): S_____  (Last)  (First)  (Middle)   ID#: _____
   Signature of Reviewing Supervisor: _____
☑ Approved  ☐ Disapproved

(Print): Pen H      and      R      (Last)  (First)  (Middle)   ID#: 235
Signature of Bureau Commander: _____

*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department - Use of Force Report

Date: 06/25/14   Time: 18:15   Arrest#: 14-1620   Incident #: _____
Reporting Officer: DELVALLE, SAMUEL   ID# 326
Suspects Name: SMITH, JOHN   DOB: ▮▮▮▮▮   SSN # ▮▮▮▮▮

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks  ☐ O.C.  ☑ X26 Drive Stun  ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes  ☐ Baton  ☐ X26 Taser  ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton  ☐ Firearm  ☐ Other * |

*** Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
   ☑ Yes  ☐ No
Was the subject injured? If *YES*, please describe the injuries:
   ☐ Yes  ☑ No
Was the subject given medical treatment? If *YES*, who administered the treatment?  ☐ H.P.D.  ☐ H.F.D  ☑ AMR
   ☑ Yes  ☐ No   What *hospital*, if any, was the subject transported to?  ☑ HMC  ☐ BMC
Was Restraint Chair used?  ☐ Yes  ☑ NO If *YES*, why? _____
Was X 26 used?  ☑ Yes  ☐ No  ☑ Drive Stun  ☐ Taser
☐ Baton  ☐ Impact Munition  ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N

Front

Back

Supervisor Reviewing Use Comments:
See Attach.  Use wsi prop. and w/in regulation.

Supervisors Name (print): Stewart   Richd   B   ID#: 218
   (Last)   (First)   (Middle)
Signature of Reviewing Supervisor: Sgt. _____
☐ Approved  ☐ Disapproved

   (Print): _____   _____   _____   ID#: _____
   (Last)   (First)   (Middle)
Signature of Bureau Commander: _____
   *** This form is to be submitted to the Chief's Office immediately upon completion**

| # | UTC Time | Local Time | Event | Duration | Temp | Battery |
|---|---|---|---|---|---|---|
| 201 | 05/18/2014 19:11:15 | 05/18/2014 15:11:15 | FIRE | 1s | 23°C | 77% |
| 202 | 05/19/2014 19:15:25 | 05/19/2014 15:15:25 | FIRE | 1s | 25°C | 77% |
| 203 | 05/20/2014 19:54:13 | 05/20/2014 15:54:13 | FIRE | 1s | 25°C | 77% |
| 204 | 05/22/2014 19:54:43 | 05/22/2014 15:54:43 | FIRE | 1s | 24°C | 77% |
| 205 | 05/24/2014 19:23:12 | 05/24/2014 15:23:12 | FIRE | 1s | 24°C | 77% |
| 206 | 05/26/2014 19:54:49 | 05/26/2014 15:54:49 | FIRE | 1s | 24°C | 77% |
| 207 | 05/28/2014 11:57:18 | 05/28/2014 07:57:18 | FIRE | 1s | 24°C | 77% |
| 208 | 05/29/2014 11:59:51 | 05/29/2014 07:59:51 | FIRE | 1s | 24°C | 77% |
| 209 | 05/31/2014 19:10:06 | 05/31/2014 15:10:06 | FIRE | 1s | 24°C | 76% |
| 210 | 06/01/2014 01:11:50 | 05/31/2014 21:11:50 | FIRE | 5s | 24°C | 76% |
| 211 | 06/01/2014 01:43:47 | 05/31/2014 21:43:47 | SYNC | 06/01/2014 01:45:28  to  06/01/2014 01:43:47 | | |
| 212 | 06/01/2014 02:00:10 | 05/31/2014 22:00:10 | SYNC | 06/01/2014 02:00:10  to  06/01/2014 02:00:10 | | |
| 213 | 06/01/2014 04:28:41 | 06/01/2014 00:28:41 | SYNC | 06/01/2014 04:28:42  to  06/01/2014 04:28:41 | | |
| 214 | 06/01/2014 20:02:01 | 06/01/2014 16:02:01 | FIRE | 1s | 24°C | 76% |
| 215 | 06/03/2014 12:03:17 | 06/03/2014 08:03:17 | FIRE | 1s | 24°C | 76% |
| 216 | 06/05/2014 11:54:13 | 06/05/2014 07:54:13 | FIRE | 1s | 24°C | 76% |
| 217 | 06/05/2014 11:56:18 | 06/06/2014 07:56:18 | FIRE | 1s | 24°C | 76% |
| 218 | 06/07/2014 21:40:06 | 06/07/2014 17:40:06 | FIRE | 1s | 23°C | 76% |
| 219 | 06/09/2014 12:04:10 | 06/09/2014 08:04:10 | FIRE | 1s | 24°C | 76% |
| 220 | 06/10/2014 11:55:33 | 06/10/2014 07:55:33 | FIRE | 1s | 24°C | 75% |
| 221 | 06/11/2014 12:00:36 | 06/11/2014 08:00:36 | FIRE | 1s | 24°C | 75% |
| 222 | 06/12/2014 19:11:04 | 06/12/2014 15:11:04 | FIRE | 1s | 24°C | 75% |
| 223 | 06/17/2014 11:48:47 | 06/17/2014 07:48:47 | FIRE | 1s | 24°C | 74% |
| 224 | 06/18/2014 11:53:05 | 06/18/2014 07:53:05 | FIRE | 1s | 22°C | 74% |
| 225 | 06/19/2014 11:52:01 | 06/19/2014 07:52:01 | FIRE | 1s | 22°C | 74% |
| 226 | 06/20/2014 19:51:11 | 06/20/2014 15:51:11 | FIRE | 1s | 24°C | 74% |
| 227 | 06/22/2014 12:01:53 | 06/22/2014 08:01:53 | FIRE | 1s | 21°C | 74% |
| 228 | 06/23/2014 19:08:33 | 06/23/2014 15:08:33 | FIRE | 1s | 20°C | 74% |
| 229 | 06/24/2014 11:56:52 | 06/24/2014 07:56:52 | FIRE | 1s | 22°C | 74% |
| 230 | 06/25/2014 19:54:35 | 06/25/2014 15:54:35 | FIRE | 1s | 20°C | 74% |
| 231 | 06/25/2014 22:37:08 | 06/25/2014 18:37:08 | FIRE | 5s | 24°C | 74% |
| 232 | 06/25/2014 22:37:14 | 06/25/2014 18:37:14 | FIRE | 5s | 24°C | 73% |
| 233 | 06/26/2014 00:51:26 | 06/25/2014 20:51:26 | SYNC | 06/26/2014 00:52:25  to  06/26/2014 00:51:26 | | |

# Holyoke Police Department- Use of Force Report

Date: 05/31/14   Time: 21:20   Arrest#: 14-1428-AR   Incident #: _____
Reporting Officer: DELVALLE, SAMUEL   ID# 326
Suspects Name: RODRIGUEZ, LUIS   DOB: ████████   SSN # ████████

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks ☐ O.C. ☑ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If *NO*, please explain: _____
☑ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☑ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☑ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☑ NO If YES, why? _____

Was X 26 used? ☑ Yes ☐ No   ☑ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ N



**Front**   **Back**

Supervisor Reviewing Use Comments:
Subject actively resisted officers attempt to get him out of car and into custody
Drive Stun was a proper response ad w/in dept guidelines

Supervisors Name *(print)*: Stones   Richel   R   ID#: 216
   (Last)   (First)   (Middle)

Signature of Reviewing Supervisor: Sgt. ████

☑ Approved ☐ Disapproved

*(Print)*: Prott   Paul   R   ID#: 235
   (Last)   (First)   (Middle)

Signature of Bureau Commander: Capt ████ ID #235

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 5/27/14    Time: 14:24    Arrest#: 14-1390    Incident #: _____
Reporting Officer: Goudreau     ID# 202
Suspects Name: Maria Hernandez , DOB: 1██████ SSN # ████████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AM
   ☐ Yes ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? ☐ Yes ☐ N



Front                    Back

Supervisor Reviewing Use Comments:
   Officer Goudreau was justified in his use of the drive stun mode on the taser
as the subject escaped from the handcuffs and resisted arrest.

Supervisors Name (*print*):   Fournier     David     ID#: 169
                (Last)       (First)     (Middle)
   Signature of Reviewing Supervisor: _____
☒ Approved ☐ Disapproved

   (Print): Pratt     Paul     a     ID#: 239
           (Last)       (First)     (Middle)
Signature of Bureau Commander: _____
\* *This form is to be submitted to the Chief's Office immediately upon completion*

Date: 5/2/14   Time: _____   Arrest#: _____   Incident #: 14-2763-OF
Reporting Officer: COLON                                 ID# 264
Suspects Name: Benrette Grant   DOB: ████████   SSN # ████████

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [X] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No
Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMB
[ ] Yes [X] No   What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [ ] Yes [X] No [ ] Drive Stun [ ] Taser   NONE
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? [ ] Yes [ ] N

**Front**   **Back**

Supervisor Reviewing Use Comments:
    Based on circumstances Officer Colon was justified in removing his taser.
Officer Colon stated the subject was agitated nad refusing officers commands.  The use
of the taser not necessary and the subject was cuffed for scene safety.
Supervisors Name (print): Fournier _____ David _____ ID#: 169
                              (Last)           (First)        (Middle)
Signature of Reviewing Supervisor: _____
[X] Approved [ ] Disapproved

(Print): Pratt _____ Paul _____ R _____ ID#: 233
              (Last)        (First)     (Middle)
Signature of Bureau Commander: Capt Col Pratt #233
* This form is to be submitted to the Chief's Office immediately upon completion

66

# Holyoke Police Department- Use of Force Report

Date: 05/17/2014  Time: 1709  Arrest#: 1307  Incident #: 14-1307-AR
Reporting Officer: Jamie Girard  ID# 235
Suspects Name: Eulysses Hernandez  DOB: ██████  SSN # ████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: Chasing male party in foot Pursuit
☐ Yes ☒ No  Party refused to comply; I fired taser and missed as he appr...
Was the subject injured? If *YES*, please describe the injuries: ___
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☐ AMI
☒ Yes ☐ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? ___
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? ☐ Yes ☐ N



**Front**  **Back**

Supervisor Reviewing Use Comments:
See ATTACHED

Supervisors Name (print): Stuart (Last) Richel (First) (Middle)  ID#: 21C
Signature of Reviewing Supervisor: Sgt S...
☒ Approved ☐ Disapproved

(Print): Pratt (Last) David (First) R (Middle)  ID#: 235
Signature of Bureau Commander: Cpt D Pratt #235

* This form is to be submitted to the Chief's Office immediately upon completion



# HOLYOKE POLICE DEPARTMENT
# INTEROFFICE CORRESPONDENCE

**TO:**   **Capt. David Pratt**

**FROM:  Sgt. Richard Stuart**

**RE:**   **Arrest 14-1307AR (Taser use)**

**DATE: 05/22/14**

---

Capt. Pratt,

On 5/21/14 I reviewed the use of the TASER by Officer Girard. Upon reading the report I feel that his attempt to stop a fleeing party by using the TASER was improper and not within guidelines. On 5/22 I came to the station at 2245 to speak with Officer Girard regarding this matter.

I explained to him that, according to his report that the initial call of a person with a knife was resolved and it was after the conclusion that a warrant was located by records and that simply running away with no assaultive behavior mentioned, is not grounds to discharge the TASER. I spoke to him at length regarding the Use of Force Model and Departmental Use of Force forms, in particular the set up of the form indicating proper responses to subject actions. I informed him that it was fortunate that he missed the target. The suspect was in no way affected by the discharge as neither probe made contact. The suspect did continue to actively resist until OC'd by Officer Saj.

I also used this opportunity to give him some advice on proper Contact/Cover roles and controlling a scene. I also gave him the opportunity to ask me any questions and that if any should arise in the future he can contact me or any of the other DT instructors. I relayed to him that Lt. Reyes, (who notified me by phone the night of the incident) was pleased that Officer Girard actively participated in the foot pursuit and subsequent capture of the suspect and was showing improvement in his duties.

Respectfully submitted,

*Sgt Rich St #256*

Sgt. Richard Stuart #256

# Holyoke Police Department- Use of Force Report

Date: 3/17/11   Time: 1709   Arrest#: 1307   Incident #: 14-1307-AR
Reporting Officer: JAN SAJ   ID# 167
Suspects Name: HERNANDEZ, ELLYSSES   DOB: ▉▉▉   SSN# ▉▉▉▉

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [X] O.C. [ ] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

\* Describe Weapon of Opportunity Here:

Was Use of Force Effective? If NO, please explain:
[X] Yes [ ] No
Was the subject injured? If YES, please describe the injuries:
[ ] Yes [X] No
Was the subject given medical treatment? If YES, who administered the treatment? [X] H.P.D. [ ] H.F.D [ ] AMB
[X] Yes [ ] No   What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why?
Was X 26 used? [ ] Yes [X] No   [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [X] O.C. Duration: 2sec # of Bursts: 1   Was subject allowed to decon? [X] Yes [ ] No

Front   Back

Supervisor Reviewing Use Comments:

Supervisors Name (print): Monfett   Charles   Paul   ID#: 338
   (Last)   (First)   (Middle)
Signature of Reviewing Supervisor: Sgt. Monfett, 338
[X] Approved [ ] Disapproved

(Print): Pratt   David   C   ID#: 239
   (Last)   (First)   (Middle)
Signature of Bureau Commander: Capt Cal Pratt #239

\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 05/03/14   Time: 0331   Arrest#: 14-1164-AR   Incident #: _____
Reporting Officer: _Walter Borrego_   ID# 313
Suspects Name: _Chesson, Brittany_   DOB: ⬛⬛⬛   SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: Subject had minor injuries from
☒ Yes ☐ No   _an earlier assault_

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☒ AMR
☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☐ NO If *YES*, why? _____

Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ N

Front                                          Back

Supervisor Reviewing Use Comments:
_P.O. Borrego use of the TASER prevented serious injuries to another person_
_and an officer. Use was proper and within policy._

Supervisors Name (print): _Stearns_  _Richard_  _B_  ID#: _256_
(Last)          (First)      (Middle)

Signature of Reviewing Supervisor: _Sgt/313_
☒ Approved ☐ Disapproved

(Print): _Pratt_  _David_  _R_  ID#: 239
(Last)   (First)  (Middle)

Signature of Bureau Commander: _Capt Pratt #239_

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: **4/17/14**  Time: _____  Arrest#: **14-1021-AR** Incident #: _____
Reporting Officer: **Ofc. Kristin Shattuck** ID# **339**
Suspects Name: **Richard Lopez**   DOB: _____   SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton    ☐ Firearm    ☐ Other * |

*\* Describe Weapon of Opportunity Here:* _____

_____

Was Use of Force Effective? If *NO*, please explain: _____
  ☒ Yes  ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
  ☐ Yes  ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
  ☐ Yes  ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun  ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ N



Front                                    Back

Supervisor Reviewing Use Comments:
_Subject was combative and resisting officers. Use was w/in policy & resolved_

Supervisors Name (print): _**Shattuck**_   _**Richl**_   _**R**_   ID#: **35**
                                 (Last)              (First)           (Middle)
Signature of Reviewing Supervisor: _____
☒ Approved  ☐ Disapproved

(Print): _**Pratt**_   _**Anni**_   _**R**_   ID#: **235**
          (Last)           (First)      (Middle)
Signature of Bureau Commander: _____  **235**
*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 4/4/14  Time: 09:32  Arrest#: 887  Incident #: _____
Reporting Officer: OYER  ID# 201
Suspects Name: JOEL ALICEA  DOB: ___  SSN # ███████

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: IMPLIED THOUGH NOT DISCHARG
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: LACERATIONS TO HAND
☒ Yes ☐ No  NOT FROM OFFICERS
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☒ AMR
☒ Yes ☐ No  What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes ☒ No  ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? ☐ Yes ☐ N

Front                    Back

Supervisor Reviewing Use Comments:
Officers use was proper and within Dept Policy

Supervisors Name (*print*): Stuart  Ralph  ID#: 276
(Last)  (First)  (Middle)
Signature of Reviewing Supervisor: SRalph
☒ Approved ☐ Disapproved

(Print): Pratt  David  R  ID#: 235
(Last)  (First)  (Middle)
Signature of Bureau Commander: Comp Col Pratt #759
\* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department - Use of Force Report

Date: **3/1/14** Time: **0400** Arrest#: **14-579-AR** Incident #: _____

Reporting Officer: **John Wieland** ID# **314**

Suspects Name: **Rosemary Lucerna** DOB: ▮▮▮▮ SSN # ▮▮▮▮▮▮

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

*** Describe Weapon of Opportunity Here:**

_____

Was Use of Force Effective? If *NO*, please explain: _____
    ☒ Yes ☐ No _____

Was the subject injured? If *YES*, please describe the injuries: _____
    ☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMB
    ☐ Yes ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☒ Yes ☐ NO If YES, why? **See Sgt Monfett Supplement**

Was X 26 used? ☒ Yes ☐ No ☒ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ N



Front      Back

Supervisor Reviewing Use Comments:

_____

_____

Supervisors Name (*print*): **Monfett** (Last) **Charles** (First) **Paul** (Middle) ID#: **338**

☑ Approved ☐ Disapproved    Signature of Reviewing Supervisor: **Sgt Monfett, 338**

(Print): **Pratt Davic C** (Last) (First) (Middle) ID#: **235**

Signature of Bureau Commander: **Capt Pratt #735**

*** This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department- Use of Force Report

Date: 02/08/14 Time: 930 AM Arrest#: 14-501-AR Incident #: _____
Reporting Officer: Victor Horeda ID# 306
Suspects Name: Matthew Koske DOB: ▓▓▓ SSN # ▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
    ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
    ☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMI
    ☐ Yes ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? ☐ Yes ☐ N



Front         Back

Supervisor Reviewing Use Comments: _____

Supervisors Name (*print*): Monfett Charles Paul ID#: 338
     (Last)      (First)      (Middle)
Signature of Reviewing Supervisor: Sgt. Monfett, 338
☒ Approved ☐ Disapproved

(Print): Pro H Paul R ID#: 739
     (Last)      (First)      (Middle)
Signature of Bureau Commander: _____
\* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department - Use of Force Report

Date: 2/8/14  Time: 900pm  Arrest#: 14-343-AR  Incident #: _____
Reporting Officer: Victor Heredia  ID# 306
Suspects Name: Edgar Zayas  DOB: _____  SSN #: _____

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☐ Yes ☒ No  Suspect continued to resist
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMI
☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ N

Front                                                         Back

Supervisor Reviewing Use Comments:
Suspect was under the use of PCP and armed of a bradgun officers were
justified in the use of force

Supervisors Name (print): Slstar (Last) Richel B (First) (Middle)  ID#: 216
Signature of Reviewing Supervisor: _____

☒ Approved ☐ Disapproved

(Print): FRATA (Last) David (First) R (Middle)  ID#: 235
Signature of Bureau Commander: _____  P 239
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 2/11/14 Time: 09:22 Arrest#: 14-364 Incident#: _____
Reporting Officer: Goudreau ID# 202
Suspects Name: Marie Stephanie Conrad DOB: ▓▓▓▓ SSN# ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
  ☒ Yes ☐ No
Was the subject injured? If YES, please describe the injuries: _____
  ☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
  ☐ Yes ☒ No    What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ No

Front    Back

Supervisor Reviewing Use Comments:
  Subject was actively resisting officers attempt to arrest. Use was
proper

Supervisors Name (print): Starks (Last) _____ (First) _____ (Middle)   ID#: 2K
Signature of Reviewing Supervisor: _____
☒ Approved ☐ Disapproved

(Print): Pratt (Last) Paul (First) R (Middle)   ID#: 235
Signature of Bureau Commander: _____
  \* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 2/11/14   Time: 09:22   Arrest#: 14-365   Incident #: _____

Reporting Officer: Goudreau   ID# 202

Suspects Name: Jane Conrad   DOB: ▓▓▓▓▓   SSN # ▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| | Told she would be tased. No shock |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here:

Was Use of Force Effective? If NO, please explain: _____
[ ] Yes  [ ] No

Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes  [X] No

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AM
[ ] Yes  [X] No   What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [ ] Yes [X] No  [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ___ # of Bursts: ___   Was subject allowed to decon? [ ] Yes [ ] N

**Front**

**Back**

Supervisor Reviewing Use Comments:
Office Goudreau used proper verbal commands + jet compliance
Use was proper

Supervisors Name (print): STUART (Last)   RICH? (First)   (Middle)   ID#: 217

Signature of Reviewing Supervisor: _____

[X] Approved  [ ] Disapproved

(Print): PRATT (Last)   Dowl (First)   R (Middle)   ID#: 235

Signature of Bureau Commander: Capt Dwl Pratt #235

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 1/16/14   Time: 09:50   Arrest#: 14-140 AR   Incident #: _____
Reporting Officer: R. Goudreau   ID# 202
Suspects Name: Miguel Melendez Rosario   DOB: _____   SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks   ☐ O.C.   ☒ X26 Drive Stun   ☐ Other * |
| ☑ Assaultive (Bodily Harm) | ☐ Strikes   ☐ Baton   ☐ X26 Taser   ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton   ☐ Firearm   ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☒ Yes   ☐ No
Was the subject injured? If YES, please describe the injuries: _____
☐ Yes   ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D.  ☐ H.F.D  ☐ AM
☐ Yes   ☒ No       What hospital, if any, was the subject transported to?   ☐ HMC   ☐ BMC
Was Restraint Chair used? ☐ Yes   ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes   ☐ No   ☒ Drive Stun   ☐ Taser
☐ Baton   ☐ Impact Munition   ☐ O.C. Duration: ____ # of Bursts: ____   Was subject allowed to decon? ☐ Yes ☐ N

Front                          Back

Supervisor Reviewing Use Comments:
Off Goudreau used restraint by using only DR. VE SUN. His judgment was sound as within Policy

Supervisors Name (print): Stara (Last)   Rich (First)   B (Middle)   ID#: 256
Signature of Reviewing Supervisor: Sgt ____
☑ Approved   ☐ Disapproved

(Print): Pratt (Last)   Manny (First)   R (Middle)   ID#: 239
Signature of Bureau Commander: ____ #239

* This form is to be submitted to the Chief's Office immediately upon completion

78

# Holyoke Police Department - Use of Force Report

Date: 1/7/14   Time: 10:30pm   Arrest#: 14-64AR   Incident #: _____

Reporting Officer: Victor Heredia   ID# 306

Suspects Name: Michelle Sicard   DOB: ▓▓▓▓   SSN # ▓▓▓▓▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☒ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*** Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMI
   ☐ Yes ☒ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition   ☐ O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? ☐ Yes ☐ N



Front                    Back

Supervisor Reviewing Use Comments:
Off Heredia used restraint in only using Drive Stun on an assaultive Subject
Use of force was w/in Poly

Supervisors Name *(print)*:  Everett  (Last)  Ridal  (First)  B  (Middle)  ID#: 816

Signature of Reviewing Supervisor: Sgt Ridal Everett

☒ Approved ☐ Disapproved

(Print): Pratt  (Last)  David  (First)  R  (Middle)  ID#: 735

Signature of Bureau Commander: Capt David Pratt #735

*** This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department- Use of Force Report

Date: 12/28/13  Time: 01:36  Arrest#: 13-3247  Incident #: _____
Reporting Officer: SAMUEL DELVALLE  ID# 326
Suspects Name: DENISE SANCHEZ  DOB: ███████  SSN # ████████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks  ☐ O.C.  ☑ X26 Drive Stun  ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes  ☐ Baton  ☐ X26 Taser  ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton  ☐ Firearm  ☐ Other * |

**\* Describe Weapon of Opportunity Here:**
_____
_____

Was Use of Force Effective? If *NO*, please explain: _____
☑ Yes  ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☑ No
Was the subject given medical treatment? If *YES*, who administered the treatment?  ☐ H.P.D.  ☐ H.F.D  ☐ AMR
☐ Yes  ☑ No    What *hospital*, if any, was the subject transported to?  ☐ HMC  ☐ BMC
Was Restraint Chair used?  ☐ Yes  ☑ NO If *YES*, why? _____
Was X 26 used?  ☑ Yes  ☐ No  ☑ Drive Stun  ☐ Taser
☐ Baton  ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon?  ☐ Yes  ☐ N



Front                                                   Back

Supervisor Reviewing Use Comments:
Use of Force was appropriate gr an actively resisting subject

Supervisors Name (*print*): Sturos          Richiel      R      ID#: 276
                              (Last)          (First)      (Middle)
Signature of Reviewing Supervisor: Sgt R.....
☑ Approved  ☐ Disapproved

(Print): Beart          Paul          R      ID#: 339
          (Last)        (First)      (Middle)
Signature of Bureau Commander: Capt Paul Beart #339

**\* This form is to be submitted to the Chief's Office immediately upon completion**

80

# Holyoke Police Department- Use of Force Report

Date: 12/20/13  Time: 1240  Arrest#: 3186  Incident #: 13-3186-AR
Reporting Officer: Manuel A. Rivera Jr  ID# 265
Suspects Name: Joseph Connor  DOB: ███████  SSN # ████████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No

Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
[ ] Yes [X] No    What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [ ] Yes [ ] No  [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? [ ] Yes [ ] N

**Front**

**Back**

Supervisor Reviewing Use Comments: _____

Supervisors Name (print): Reyes (Last)  Manuel (First)  J. (Middle)  ID#: 289
Signature of Reviewing Supervisor: Lt Manuel Reyes

[X] Approved [ ] Disapproved

(Print): _____ (Last) _____ (First) _____ (Middle)  ID#: _____
Signature of Bureau Commander: _____

81

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department Use of Force Report

Date: 1 / 19 / 13  Time: 1000  Arrest#: 13-8968  Incident #: _____
Reporting Officer: Victor Heredia  ID# 306
Suspects Name: Carmelo Gracia-Rivera  DOB: ▓▓▓▓▓  SSN # ▓▓▓▓▓

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: _____
  ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
  ☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
  ☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N



Front                                      Back

Supervisor Reviewing Use Comments:
  Combative  suspect - appropriate action

Supervisors Name (print): McKay        Philip        ID#: 340
                          (Last)        (First)    (Middle)
  Signature of Reviewing Supervisor: Sgt. Philip McKay
☑ Approved ☐ Disapproved

  (Print): Pratt        Carol        C        ID#: 235
          (Last)        (First)    (Middle)
Signature of Bureau Commander: Carol Pratt #235

*This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department  Use of Force Report

Date: 11/13/13  Time: 12:06  Arrest#: 13-2721AR  Incident #: _____
Reporting Officer: COLON  ID# 264
Suspects Name: felix Gomez  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks  [ ] O.C.  [X] X26 Drive Stun  [ ] Other * |
| [X] Assaultive (Bodily Harm) | [ ] Strikes  [ ] Baton  [ ] X26 Taser  [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton  [ ] Firearm  [ ] Other * |

**\* Describe Weapon of Opportunity Here:**

Was Use of Force Effective? If *NO*, please explain: _____
[X] Yes  [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
[ ] Yes  [X] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
[ ] Yes  [X] No      What *hospital*, if any, was the subject transported to?  [ ] HMC  [ ] BMC
Was Restraint Chair used? [ ] Yes  [X] NO If *YES*, why? _____
Was X 26 used? [X] Yes  [ ] No   [ ] Drive Stun  [ ] Taser
[ ] Baton  [ ] Impact Munition  [ ] O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? [ ] Yes [ ] N



Front                              Back

Supervisor Reviewing Use Comments:
   After incident review, display of taser and the potential use would
have been justified and proper.

Supervisors Name (*print*):  Fournier       David                    ID#: 169
                              (Last)          (First)        (Middle)
Signature of Reviewing Supervisor: _____ 169
[x] Approved  [ ] Disapproved

(Print): Pratt    David    R    ID#: 235
          (Last)     (First)   (Middle)
Signature of Bureau Commander: Capt Pratt #235
   *\* This form is to be submitted to the Chief's Office immediately upon completion*

83

# EVIDENCE ⊘ SYNC™ OFFLINE
# DEVICE REPORT

## TASER Information

**Serial #:** X00-686213
**Model #:** X26
**Firmware version:** USB: 06, SW: 22

## Offline Report

**Date:** 15 Nov 2013 01:29:39
**Local Timezone:** Eastern Standard Time (UTC -5:00)

## Event Log

| # | UTC Time | Local Time | Event | Duration | Temp | Battery |
|---|----------|-----------|-------|----------|------|---------|
| 312 | 10/16/2013 03:47:54 | 10/15/2013 23:47:54 | FIRE | 1s | 24°C | 50% |
| 313 | 10/17/2013 03:50:20 | 10/16/2013 23:50:20 | FIRE | 1s | 24°C | 50% |
| 314 | 10/19/2013 03:48:05 | 10/18/2013 23:48:05 | FIRE | 1s | 24°C | 50% |
| 315 | 10/20/2013 19:56:09 | 10/20/2013 15:56:09 | FIRE | 1s | 24°C | 50% |
| 316 | 10/23/2013 03:50:26 | 10/22/2013 23:50:26 | FIRE | 1s | 23°C | 50% |
| 317 | 10/24/2013 03:58:10 | 10/23/2013 23:58:10 | FIRE | 1s | 24°C | 50% |
| 318 | 10/25/2013 03:54:48 | 10/24/2013 23:54:48 | FIRE | 1s | 24°C | 50% |
| 319 | 10/27/2013 12:30:40 | 10/27/2013 08:30:40 | FIRE | 1s | 24°C | 49% |
| 320 | 10/30/2013 03:55:57 | 10/29/2013 23:55:57 | FIRE | 1s | 23°C | 49% |
| 321 | 10/31/2013 03:47:37 | 10/30/2013 23:47:37 | FIRE | 1s | 23°C | 49% |
| 322 | 11/03/2013 03:51:28 | 11/02/2013 23:51:28 | FIRE | 1s | 23°C | 49% |
| 323 | 11/03/2013 20:38:56 | 11/03/2013 16:38:56 | FIRE | 1s | 24°C | 49% |
| 324 | 11/04/2013 04:57:08 | 11/03/2013 23:57:08 | FIRE | 1s | 24°C | 49% |
| 325 | 11/04/2013 12:56:37 | 11/04/2013 07:56:37 | FIRE | 2s | 23°C | 49% |
| 326 | 11/05/2013 04:51:02 | 11/04/2013 23:51:02 | FIRE | 1s | 23°C | 49% |
| 327 | 11/06/2013 04:51:01 | 11/05/2013 23:51:01 | FIRE | 1s | 23°C | 49% |
| 328 | 11/07/2013 20:28:38 | 11/07/2013 15:28:38 | FIRE | 1s | 23°C | 49% |
| 329 | 11/10/2013 04:55:10 | 11/09/2013 23:55:10 | FIRE | 1s | 23°C | 48% |
| 330 | 11/11/2013 05:02:22 | 11/11/2013 00:02:22 | FIRE | 1s | 23°C | 48% |
| 331 | 11/12/2013 05:01:16 | 11/12/2013 00:01:16 | FIRE | 1s | 23°C | 48% |
| 332 | 11/13/2013 17:21:23 | 11/13/2013 12:21:23 | FIRE | | 16°C | 48% |
| 333 | 11/15/2013 06:29:13 | 11/15/2013 01:29:13 | SYNC | 11/15/2013 06:31:12   to   11/15/2013 06:29:13 | | |

84

## Holyoke Police Department- Use of Force Report

Date: 11/16/13   Time: 0227   Arrest#: 13-2940-AR   Incident #: _____

Reporting Officer: _____   ID# 313

Suspects Name: Rafael Vega Quinones   DOB: [redacted]   SSN # [redacted]

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: Subject had laceration on his right
☒ Yes ☐ No   eyebrow that received before Officers arrival

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☒ AMR
☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☐ NO If *YES*, why? _____

Was X 26 used? ☒ Yes ☐ No ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ N.

Front       Back

Supervisor Reviewing Use Comments:
Suspect's actions were Resistant Active A Drive Stun was Applied to Avoid
Further injury and safety of officers on scene

Supervisors Name (print): GARCIA   Joseph   ID#: 200
                         (Last)        (First)        (Middle)

Signature of Reviewing Supervisor: Sgt Joseph Garcia #200

☒ Approved ☐ Disapproved

(Print): Scott   Paul   R   ID#: 335
         (Last)   (First)   (Middle)

Signature of Bureau Commander: Capt Paul Scott #335

*This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 11/16/13    Time: 0227    Arrest#: 13-2940-AR    Incident #: _____

Reporting Officer: Walber Borrego    ID# 313

Suspects Name: Rafael Vega-Quinones    DOB: ███████    SSN # ███████

| Suspect Actions Category | Officers Response    (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:* _____

_____

Was Use of Force Effective? If *NO*, please explain: _____

  ☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: Subject had laceration on his right

  ☒ Yes ☐ No   eye brow that he received before Officers' arrival

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☒ AMR

  ☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No ☐ Drive Stun ☒ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front                              Back

Supervisor Reviewing Use Comments:

Suspects Actions were Assaultive swinging his arms to do bodily harm
The X26 taser was used for Officer Safety and to detain the suspect.

Supervisors Name *(print)*: GARCIA (Last) Joseph (First) _____ (Middle)    ID#: 200

Signature of Reviewing Supervisor: Sgt. Joseph Garcia 200

☒ Approved ☐ Disapproved

*(Print)*: Pratt (Last) David (First) C (Middle)    ID#: 239

Signature of Bureau Commander: Capt David Pratt #239

*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department - Use of Force Report #1

Date: 10/24/13  Time: 23:40  Arrest#: 13-2753-Ar Incident #: _____
Reporting Officer: STEPHEN NORTON  ID# 3dd
Suspects Name: LUIS A. RIVERA  DOB: O_____  SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☒ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☐ Yes ☒ No
Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☐ AM
☒ Yes ☐ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ N



Front                    Back

⊗ probe
⊗ Drive STUN

Supervisor Reviewing Use Comments: Subject was armed w/ a handgun, so a lethal encounter officers were justified in defending themselves and others w/ lethal force. They showed great restraint in subduing the subject.

Supervisors Name (print): Steven (Last) Cibel (First) R (Middle)  ID#: 21C
Signature of Reviewing Supervisor: Sgt Pasco

☒ Approved ☐ Disapproved

(Print): Pratt (Last) David (First) R (Middle)  ID#: 238
Signature of Bureau Commander: Cpt D Pratt #238

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

#2

Date: 10/24/13  Time: 23:40  Arrest#: 13-2755-  Incident #: _____
Reporting Officer: LUIS A. RIVERA STEPHEN NORTON ID# 322
Suspects Name: LUIS A. RIVERA  DOB: ⬛  SSN # ⬛

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
        ☐ Yes  ☒ No
Was the subject injured? If YES, please describe the injuries: _____
        ☐ Yes  ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☐ AMB
        ☒ Yes ☐ No      What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N



Front                                      Back

Supervisor Reviewing Use Comments:
See #1
_____
_____

Supervisors Name (print): _____ ID#: _____
                            (Last)          (First)      (Middle)
          Signature of Reviewing Supervisor: _____
☑ Approved  ☐ Disapproved

        (Print): Pratt _____ ID#: _____
                  (Last)         (First)      (Middle)
Signature of Bureau Commander: _____
                                    88
        \* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

#3

Date: 10/24/13  Time: 23:40  Arrest#: 13-2753  Incident #: _____
Reporting Officer: STEPHEN NORTON  ID# 302
Suspects Name: LUIS A. RIVEA  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks  ☐ O.C.  ☒ X26 Drive Stun  ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes  ☐ Baton  ☐ X26 Taser  ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton  ☐ Firearm  ☐ Other * |

*\* Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☐ Yes  ☒ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D.  ☐ H.F.D  ☐ AMR
☒ Yes  ☐ No   What *hospital*, if any, was the subject transported to?  ☐ HMC  ☐ BMC
Was Restraint Chair used? ☐ Yes  ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes  ☐ No  ☒ Drive Stun  ☐ Taser
☐ Baton  ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ N_

Front

Back

Supervisor Reviewing Use Comments:
See #1

Supervisors Name (*print*): _____   ID#: _____
(Last)        (First)        (Middle)
Signature of Reviewing Supervisor: _____
☐ Approved  ☐ Disapproved

(*Print*): _____   ID#: _____
(Last)        (First)        (Middle)
Signature of Bureau Commander: _____
89
*\* This form is to be submitted to the Chief's Office immediately upon completion*

**#5**

# Holyoke Police Department - Use of Force Report

Date: 10/24/13  Time: 23:40  Arrest#: 13-2753-AR  Incident #: _____
Reporting Officer: STEPHEN NORTON  ID# 322
Suspects Name: LUIS A. RIVERA  DOB: ▇▇▇  SSN # ▇▇▇▇▇

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
   [X] Yes  [ ] No
Was the subject injured? If YES, please describe the injuries: _____
   [ ] Yes  [X] No
Was the subject given medical treatment? If YES, who administered the treatment? [X] H.P.D. [ ] H.F.D. [ ] AMR
   [X] Yes  [ ] No     What hospital, if any, was the subject transported to?  [ ] HMC  [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No  [X] Drive Stun  [ ] Taser
[ ] Baton [ ] Impact Munition  [ ] O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? [ ] Yes [ ] No

Front

Back

Supervisor Reviewing Use Comments:
See #1 _____

Supervisors Name (print): _____ (Last) _____ (First) _____ (Middle)  ID#: _____
   Signature of Reviewing Supervisor: _____
[ ] Approved  [ ] Disapproved

   (Print): _____ (Last) _____ (First) _____ (Middle)  ID#: _____
Signature of Bureau Commander: 90 _____
   * This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 10/22/13  Time: 1000  Arrest#: 2724  Incident #: _____
Reporting Officer: Manuel A. Rivera JR  ID# 265
Suspects Name: William Barbosa-Lopez  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N



Front  Back

Supervisor Reviewing Use Comments:

After incident review, use of force was justified and proper to apprehend
and subdue subject.

Supervisors Name (*print*): Fournier (Last)  David (First)  (Middle)  ID#: 169
Signature of Reviewing Supervisor: _____
☒ Approved ☐ Disapproved

(Print): Pratt (Last)  David (First)  (Middle)  ID#: 235
Signature of Bureau Commander: _____

*This form is to be submitted to the Chief's Office immediately upon completion*



# HOLYOKE POLICE DEPARTMENT
## INTEROFFICE CORRESPONDENCE

**TO:**      Capt. David Pratt

**FROM:**    Sgt. Richard Stuart

**RE:**      Arrest 13-2724AR

**DATE:**    November 21, 2013

Captain:

On October 23, 2013 I did a Data Download of the Taser used in the above arrest. The download showed that 4 cycles were delivered during the arrest.

I reviewed the report from Officer Manual Rivera and took note that the way the report was written, it did not mention multiple cycles. All Officers trained in the use of the Tasers have been advised that when multiple cycles are delivered they are considered unique uses of force and as such require a Use of Force form be filled out for each cycle.

I informed Lt. Fournier and advised him that I will speak to Officer Rivera regarding the incident and his need for more detailed reporting.

On Novermber 12, 2013 I conducted a re-certification class with Officer Rivera as well as going over the difference between an actively resisting subject and an assaultive one. I also discussed with him the need for multiple Use of Force Forms in the future. He was advised that he must not, if at all possible, abandon the weapon to go "Hands On". The time to handcuff is during the window of opportunity created during the cycle, and is best accomplished by another Officer while he maintains control via the Taser.

Respectfully submitted,

Sgt. Richard Stuart

APPROVED:
DISAPPROVED:

92

SHIFT COMMANDER:

APPROVED:                                          APPROVED:
DISAPPROVED:

*[signature]* Capt D. R. Pratt #734

CAPTAIN DAVID R. PRATT                             JAMES M. NEISWANGER
COMMANDER                                          CHIEF OF POLICE
FIELD OPERATIONS BUREAU                            HOLYOKE POLICE DEPT.



# HOLYOKE POLICE DEPARTMENT
## INTEROFFICE CORRESPONDENCE

**TO:**       Captain David Pratt

**FROM:**     Lt. David D. Fournier

**SUBJECT:**  Taser Deployment RE: Arrest #13-2724

**DATE:**     November 08, 2013

**NUMBER:**

Captain:

On November 07, 2013 I spoke with Officer Manuel Reyes #265 concerning his use of the taser in the arrest of William Barbosa-Lopez (13-2724-AR) on October 22, 2013.

As a background, Barbosa-Lopez had been apprehended on this date by the Warrant Task Force as a fugitive from Puerto Rico, for several armed robberies. Officer Rivera arrived on-scene to transport Barbosa-Lopez to HPD HQ for booking. Upon arrival to HQ, Barbosa-Lopez was able to escape custody by breaking away from Officer Rivera and rolling under the Sally Port door as it was closing. Officer Rivera gave foot chase as Barbosa-Lopez fled through Heritage Park towards the Children's Museum. As Officer Rivera closed the distance he ordered Barbosa-Lopez to stop. Barbosa-Lopez continued, where-by Officer Rivera deployed his taser, striking Barbosa-Lopez, causing him to fall to the ground. At this time Barbosa-Lopez was secured and returned to HQ. Additional charges were levied against Barbosa-Lopez as a result.

At the time of report, Officer Rivera completed the "Use of Force" report for the taser deployment. After review, the use was approved by me. Per department policy, the taser was removed from service pending the download of deployment data by Sgt. Richard Stuart.

On October 23, 2103 I was advised by Sgt. Stuart the taser in question had been deployed a total of four (4) times during the incident.

94