Based on this I questioned Officer Rivera and explained the print-out results. Officer Rivera stated he had used the taser twice on Barbosa-Lopez. When questioned about the two (2) other deployments he indicated he may or may not have, he just could not recall. He stated after deployment he put the taser on the ground so he could secure Barbosa-Lopez.

Nothing further.

Respectfully submitted,

Lieutenant David Fournier
Commander
Platoon "B"

# Holyoke Police Department - Use of Force Report

1

Date: 10/15/13  Time: 10:32  Arrest#: _____  Incident #: 13-5890 OF
Reporting Officer: _____  ID# 202
Suspects Name: Jessica Roldan  DOB: ████  SSN # ███████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:**
_____
_____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No  for a moment _____
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No _____
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMB
☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ~~4 5~~ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N

Front

Back

Supervisor Reviewing Use Comments:
   After incident review, use of force was proper to prevent injury to Ms. Roldan
or officers and restrain her.
_____

Supervisors Name *(print)*: Fournier (Last)  David (First)  (Middle)  ID#: 169
Signature of Reviewing Supervisor: Dan Fournier 169
☒ Approved ☐ Disapproved

(Print): Pratt (Last)  David (First)  A (Middle)  ID#: 233
Signature of Bureau Commander: Capt David Pratt #233
96
**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department - Use of Force

Date: 10 /15/ 13  Time: 10:32  Arrest#: _____  Incident #: 13-5890·07

Reporting Officer: R. Goudreau  ID# 202

Suspects Name: Jessica Roldan  DOB: ~~____~~  SSN # ~~_____~~

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks  [ ] O.C.  [X] X26 Drive Stun  [ ] Other * |
| [X] Assaultive (Bodily Harm) | [ ] Strikes  [ ] Baton  [ ] X26 Taser  [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton  [ ] Firearm  [ ] Other * |

\* Describe Weapon of Opportunity Here:

---

Was Use of Force Effective? If NO, please explain:
[X] Yes  [ ] No  for a moment

Was the subject injured? If YES, please describe the injuries:
[ ] Yes  [X] No

Was the subject given medical treatment? If YES, who administered the treatment?  [ ] H.P.D.  [ ] H.F.D.  [ ] AMR
[ ] Yes  [X] No  What hospital, if any, was the subject transported to?  [ ] HMC  [ ] BMC

Was Restraint Chair used?  [ ] Yes  [ ] NO If YES, why?

Was X 26 used? [X] Yes  [ ] No  [ ] Drive Stun  [ ] Taser
[ ] Baton  [ ] Impact Munition  [X] O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? [ ] Yes [ ] No

Front

Back

Supervisor Reviewing Use Comments:
After incident review, use of force was proper to prevent injury to Ms. Roldan or officers and restrain her.

Supervisors Name (print): Fournier (Last)  David (First)  ID#: 169

Signature of Reviewing Supervisor: David Fournier 169

[X] Approved  [ ] Disapproved

(Print): (Last)  (First)  (Middle)  ID#: 235

Signature of Bureau Commander:

\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department – Use of Force Report

Date: 10/11/13  Time: 1910  Arrest#: 13-2625-AR  Incident #: _____
Reporting Officer: BRENDAN Boyle  ID# 321
Suspects Name: BoBBY SmiTH  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No
Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[ ] Yes [X] No    What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [ ] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? [ ] Yes [ ] No

**Front**    **Back**

Supervisor Reviewing Use Comments: _____
Subject actively resisted officers attempt to arrest him
Use of Drive stun mode was proper and within Policy

Supervisors Name (print): Stuart (Last) Ridel (First) _____ (Middle) ID#: 364
Signature of Reviewing Supervisor: _____
[X] Approved [ ] Disapproved

(Print): Pratt (Last) David (First) R (Middle) ID#: 735
Signature of Bureau Commander: Capt David Pratt #735
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 10 / 11 / 13  Time: 1300  Arrest#: _____  Incident #: 13-5822-OF

Reporting Officer: B. Boyle  ID# 321

Suspects Name: Rodriguez, Francisco  DOB: ▓▓▓▓  SSN # ▓▓▓▓▓▓▓▓

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [X] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

**Describe Weapon of Opportunity Here:**
Drew Taser in order for subject to drop machete

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No

Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[ ] Yes [X] No    What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [ ] Yes [X] No  [ ] Drive Stun [ ] Taser — Drew Taser (not used)
[ ] Baton [ ] Impact Munition  [ ] O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? [ ] Yes [ ] No

**Front**     **Back**

Supervisor Reviewing Use Comments:
Appropriate use of force

Supervisors Name (print): McKay  Philip  ID#: 240
                        (Last)      (First)    (Middle)
Signature of Reviewing Supervisor: Sgt. Philip McKay

[X] Approved [ ] Disapproved

(Print): Pratt  Daul  C  ID#: 235
        (Last)   (First) (Middle)
Signature of Bureau Commander: Cmgld Pratt #235

99

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 10/6/13   Time: 0724   Arrest#: 13-2586   Incident #: _____
Reporting Officer: T. Leahy   ID# 336
Suspects Name: Diaz, Brenda   DOB: ████████   SSN # ████████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (*Bodily Harm*) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (*Serious Bodily Harm/Death*) | [ ] Baton [ ] Firearm [ ] Other * |

**\* Describe Weapon of Opportunity Here:**

Was Use of Force Effective? If *NO*, please explain: Drive stun had no affect
[ ] Yes [X] No

Was the subject injured? If *YES*, please describe the injuries: _____
[ ] Yes [X] No

Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMF
[ ] Yes [X] No   What *hospital*, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If *YES*, why? _____

Was X 26 used? [X] Yes [ ] No   [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: ____   Was subject allowed to decon? [ ] Yes [ ] N

Front        Back

Supervisor Reviewing Use Comments:
Subject was highly Combative officers used restraint in gaining control
the drive stun and use was with a policy

Supervisors Name (*print*): Stuart (Last)   Michael (First)   S (Middle)   ID#: 276

Signature of Reviewing Supervisor: Sgt ____

[X] Approved [ ] Disapproved

(Print): Pratt (Last)   David (First)   R (Middle)   ID#: 239

Signature of Bureau Commander: Capt David Pratt #239

**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department: Use of Force Report

Date: 10/26/13    Time: 0721    Arrest#: B-2580-AR    Incident #: _____

Reporting Officer: Weber Borrego     ID# 313

Suspects Name: Brenda Diaz    DOB: ▓▓    SSN # ▓▓

| Suspect Actions Category | Officers Response    (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [X] O.C. [ ] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

*Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: OC spray hit shoulder but suspect
[ ] Yes [X] No   Continued to resist

Was the subject injured? If *YES*, please describe the injuries: small laceration to top of he
[X] Yes [ ] No   left hand

Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D [X] AMR
[X] Yes [ ] No    What *hospital*, if any, was the subject transported to? [X] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [ ] Yes [X] No   [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [X] O.C. Duration: 3   # of Bursts: 1    Was subject allowed to decon? [X] Yes [ ] No



Front         Back

Supervisor Reviewing Use Comments:
The subject was highly combative other uses of force were ineffective. OC use was
proper at the time.

Supervisors Name (print): Stuart (Last)   Richard (First)   B (Middle)   ID#: 20C

Signature of Reviewing Supervisor: _____

[X] Approved [ ] Disapproved

(Print): Pratt (Last)   David (First)   C (Middle)   ID#: 735

Signature of Bureau Commander: Capt. _____ #735

*This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department Use of Force Report

Date: 9/15/13  Time: 1137 pm  Arrest#: _____  Incident #: 13-52550F
Reporting Officer: WALBER BORREGO  ID# 313
Suspects Name: JAVier Boria  DOB: ▓▓▓▓▓▓  SSN # ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

*Describe Weapon of Opportunity Here:*
_____

Was Use of Force Effective? If *NO*, please explain: _____
[X] Yes [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
[ ] Yes [X] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[ ] Yes [X] No   What *hospital*, if any, was the subject transported to? [X] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If *YES*, why? _____
Was X 26 used? [X] Yes [ ] No  [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? [ ] Yes [ ] No



Front                    Back

Supervisor Reviewing Use Comments:
_____
_____

Supervisors Name (print): Monfott  Charles  Pau  ID#: 338
                          (Last)    (First)   (Middle)
Signature of Reviewing Supervisor: Sgt. Monfott, 338
[X] Approved [ ] Disapproved

(Print): PRatt  David  R  ID#: 239
         (Last)  (First) (Middle)
Signature of Bureau Commander: Capt R. Pratt #239

*This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department's Use of Force Report

Date: 01/01/13  Time: 0030  Arrest#: 13-2034-AR  Incident #: _____
Reporting Officer: Walter Borrego  ID# 313
Suspects Name: Ramon Suarez  DOB: _____  SSN #: _____

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:*
ARMS

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ N



Front                                Back

Supervisor Reviewing Use Comments:
Subject began to swing at officer as soon as he was met. Use of Taser
was proper and within policy.

Supervisors Name *(print)*: Stuart  (Last)  Ricval  (First)  B  (Middle)  ID#: 256
Signature of Reviewing Supervisor: Sgt _____ # 256
☒ Approved ☐ Disapproved

*(Print)*: Pratt  (Last)  David  (First)  R  (Middle)  ID#: 239
Signature of Bureau Commander: _____ # 055
\* *This form is to be submitted to the Chief's Office immediately upon completion*

103

# Holyoke Police Department- Use of Force Report

Date: 8/29/13  Time: 1922  Arrest#: 13-2207-AR  Incident #: _____

Reporting Officer: Brendan Boyle  ID# 321

Suspects Name: Wendy Lachapelle  DOB: ~~redacted~~  SSN # ~~redacted~~

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*** Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
  ☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
  ☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
  ☐ Yes ☐ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? ☐ Yes ☐ No



Front          Back

Supervisor Reviewing Use Comments: _____

_____

Supervisors Name *(print)*: Chirgwin  Brian  J  ID#: 237
                            (Last)    (First)  (Middle)

Signature of Reviewing Supervisor: Sgt B Chirgwin

☒ Approved ☐ Disapproved

(Print): Pratt  David  R  ID#: 075
         (Last)  (First)  (Middle)

Signature of Bureau Commander: Capt David Pratt #075

*** This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department- Use of Force Report

Date: 8/23/13  Time: 500 pm  Arrest#: 13-2154ar Incident #: _____
Reporting Officer: Victor Heredia  ID# 306
Suspects Name: Wilfredo Velazquez  DOB: �host  SSN # ▨▨▨

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☑ Yes  ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes  ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☑ Yes ☐ No  ☒ Drive Stun  ☐ Taser _____
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? ☐ Yes ☐ No



Front                                    Back

Supervisor Reviewing Use Comments:
_____ Justified Response _____

Supervisors Name (*print*): McKay        Philip        ID#: 240
                              (Last)        (First)        (Middle)
Signature of Reviewing Supervisor: Sgt. Philip McKay
☑ Approved  ☐ Disapproved

(Print): Pratt        David        R        ID#: 559
          (Last)        (First)        (Middle)
Signature of Bureau Commander: Capt. D. Pratt #559
\* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 8 / 4 / 13  Time: _____  Arrest#: 13-1947  Incident #: _____
Reporting Officer: Brian Summers  ID# 305
Suspects Name: Wilson Shune  DOB: ▮▮▮▮  SSN # ▮▮▮▮▮▮

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * <br> Threat |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here:

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No
Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [X] AMF
[X] Yes [ ] No  What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why?
Was X 26 used? [ ] Yes [X] No [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? [ ] Yes [ ] N

Front

Back

Supervisor Reviewing Use Comments:
use of force appears to be justified

Supervisors Name (print): McKay  (Last)  Philip  (First)  (Middle)  ID#: 540
Signature of Reviewing Supervisor: Sgt William McKay
[X] Approved [ ] Disapproved

(Print): Pratt  (Last)  David  (First)  R  (Middle)  ID#: 239
Signature of Bureau Commander: Capt David R Pratt
* This form is to be submitted to the Chiefs Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 07/28/13   Time: 02:45 HRS   Arrest#: 13-1869-AR   Incident #: _____

Reporting Officer: STEPHEN NORTON _____ ID# 322

Suspects Name: GARILIN PEREZ _____ DOB: ▓▓▓▓   SSN # ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:**

_____

Was Use of Force Effective? If NO, please explain: _____
☒ Yes ☐ No

Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☒ No   What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___   Was subject allowed to decon? ☐ Yes ☐ N



Front

Back

Supervisor Reviewing Use Comments:

I was present during this use of force. Arrestie was combative and use of force was justified.

Supervisors Name (print): USHER   DAVID   S.   ID#: #218
                          (Last)   (First)   (Middle)

Signature of Reviewing Supervisor: David S. Usher #218

☒ Approved ☐ Disapproved

(Print): Pratt   Dennis   R   ID#: 235
         (Last)   (First)   (Middle)

Signature of Bureau Commander: _____ #235

**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department- Use of Force Report

Date: 7/28/13  Time: 0245  Arrest#: 13-1869-AR  Incident #: _____
Reporting Officer: Thomas J. Leahy  ID# 336
Suspects Name: GARICIA  PEREZ  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____

Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun  ☐ Taser

☐ Baton ☐ Impact Munition ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N



Front                    Back

Supervisor Reviewing Use Comments:
I was present during this use of force. Arrestee was Combative
and the use of force was justified

Supervisors Name (print): USHER    DAVID    ID#: #218
                          (Last)  Sgt  (First)  (Middle)
Signature of Reviewing Supervisor: David SU    [signature]

☒ Approved ☐ Disapproved

(Print): Pratt    Brian    R    ID#: 235
         (Last)   (First)  (Middle)
Signature of Bureau Commander: [signature] Capt # 235

*This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 7/25/13  Time: 0730  Arrest#: 1827  Incident #: _____
Reporting Officer: Manuel A. Rivera  ID# JR
Suspects Name: Michael Guess  DOB: ▓▓▓▓  SSN # ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
   ☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes ☒ No  ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? ☐ Yes ☐ N



Front                                    Back

Supervisor Reviewing Use Comments: Use of force Justified —

Supervisors Name *(print)*: Courwoges, Gary  ID#: 207
   *(Last)*          *(First)*       *(Middle)*
Signature of Reviewing Supervisor: G. Courages 207
☒ Approved ☐ Disapproved

   *(Print)*: _____  ID#: _____
   *(Last)*    *(First)*  *(Middle)*
Signature of Bureau Commander: _____
   109
*\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department Use of Force Report

Date: 01/08/13  Time: 2200  Arrest#: 13-1660-AR  Incident #: ___
Reporting Officer: Boyle #321  ID# 321
Suspects Name: JASON SHATTUCK  DOB: ▮▮▮  SSN # ▮▮▮

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: ___

Was Use of Force Effective? If NO, please explain: HAD TO DRIVE STUN TWICE BUT
[X] Yes [ ] No    FINALLY COMPLIED
Was the subject injured? If YES, please describe the injuries: SCRAPED ELBOW AND
[X] Yes [X] No    SCRAPED KNEE
Was the subject given medical treatment? If YES, who administered the treatment? [X] H.P.D. [ ] H.F.D. [ ] AMR
[X] Yes [ ] No    What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? ___
Was X 26 used? [X] Yes [ ] No  [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? [ ] Yes [ ] No



Front                                    Back

Supervisor Reviewing Use Comments:
Resistant Subject - Tasing Justified

Supervisors Name (print): McKay   Philip   T   ID#: 240
                          (Last)      (First)   (Middle)
Signature of Reviewing Supervisor: Sgt. Philip P. McKay
[X] Approved [ ] Disapproved

(Print): Pratt   Paul   R   ID#: 235
         (Last)   (First)   (Middle)
Signature of Bureau Commander: Capt Paul Pratt #235

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 07 / 08 / 17 Time: 2200 Arrest#: 13-1660-AR Incident #: _____
Reporting Officer: _Boyle_ ID# 321
Suspects Name: _JASON SHATTUCK_ DOB: ~~_____~~ SSN # ~~_____~~

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks ☐ O.C. ☑ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here: ✳ 2ND ROUND OF DRIVE STUN ✳

Was Use of Force Effective? If NO, please explain: _____
 ☐ Yes ☐ No
Was the subject injured? If YES, please describe the injuries: _____
 ☐ Yes ☐ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
 ☐ Yes ☐ No What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☐ NO If YES, why? _____
Was X 26 used? ☐ Yes ☐ No ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? ☐ Yes ☐ No

Front       Back

Supervisor Reviewing Use Comments: _____

Supervisors Name (print): _McKay_ (Last) _Philip_ (First) _____ (Middle) ID#: _2470_
Signature of Reviewing Supervisor: _Philip F McKay_
☑ Approved ☐ Disapproved

(Print): _Pratt_ (Last) _Neal_ (First) _____ (Middle) ID#: _235_
Signature of Bureau Commander: _Neal Pratt #235_
\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 6/15/13    Time: 1640    Arrest#: 13-1433    Incident #: _____

Reporting Officer: Kristin Stuttle    ID# 309

Suspects Name: Kristinisha    DOB: _____    SSN # _____
Jose Enriquez

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☒ Yes  ☐ No

Was the subject injured? If YES, please describe the injuries: Minor scrapes previous
☐ Yes  ☒ No   shoulder injury

Was the subject given medical treatment? If YES, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☒ AMR
☐ Yes  ☐ No   What hospital, if any, was the subject transported to? ☒ HMC  ☐ BMC

Was Restraint Chair used? ☐ Yes  ☐ NO If YES, why? _____

Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun  ☒ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ___ # of Bursts: ___   Was subject allowed to decon? ☐ Yes ☐ N

Front                                        Back

Supervisor Reviewing Use Comments: _____

Supervisors Name (print): Reyes (Last)    Manuel (First)    T (Middle)    ID#: 289

Signature of Reviewing Supervisor: Lt Manuell Reyes 289

☒ Approved  ☐ Disapproved

(Print): Pratt (Last)    David (First)    R (Middle)    ID#: 239

Signature of Bureau Commander: Capt Pratt # 239

112

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department's Use of Force Report

Date: 6/5/13   Time: 1640   Arrest#: 13-1433   Incident #: _____
Reporting Officer: Kristin Stratice   ID# 309
Suspects Name: Kristin Shar   DOB: 7___   SSN # _____
Jose Enriquez

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:**

Was Use of Force Effective? If *NO*, please explain: _____
  ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: Minor scrapes previous
  ☐ Yes ☒ No   shoulder injury
Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☒ AMR
  ☐ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☐ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? ☐ Yes ☐ No



Front                                             Back

Supervisor Reviewing Use Comments:

_____

Supervisors Name (print): Reyes (Last)   Manuel   T (Middle)   ID#: 289
  Signature of Reviewing Supervisor: Lt Manuett Reyes 289
☒ Approved ☐ Disapproved

  (Print): Pratt (Last)   David   R (Middle)   ID#: 239
Signature of Bureau Commander: Capt D#235
**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department Use of Force Report

Date: 06/13/13 Time: 1835  Arrest#: 13-1419-AR  Incident #: _____
Reporting Officer: Boyle 321  ID# 321
Suspects Name: CARLOS GALARZA  DOB: ▓▓▓▓  SSN # ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: — WAS EFFECTIVE FOR 5 SECONDS, HAD
☒ Yes ☐ No  TO GIVE ANOTHER 5 SECONDS FOR SUSPECT TO COMPLY
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☐ AMR
☒ Yes ☐ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ No



Front                    Back

Supervisor Reviewing Use Comments:
Use of force appears to be within Department guidelines

Supervisors Name *(print)*: McCoy  Michael  J.  ID#: 128
(Last)        (First)        (Middle)
Signature of Reviewing Supervisor: D. Michp MCO
☒ Approved ☐ Disapproved

*(Print)*: Pratt  David  R  ID#: 239
(Last)        (First)        (Middle)
Signature of Bureau Commander: Capt DR Pratt #275
114
* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 5/29/13 Time: 08:15 Arrest#: 1281 Incident #: _____
Reporting Officer: R. Goudreau ID# 202
Suspects Name: John Paul Cordero DOB: ▓▓▓▓ SSN # ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMF
☐ Yes ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☐ Yes ☒ No    ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? ☐ Yes ☐ N

NOT DEPLOYED

Front          Back

Supervisor Reviewing Use Comments:
HERE REVIEW OF REPORT OFFICER GOUDREAU WAS JUSTIFIED IN REMOVING TASER FOR USE. SUSPECT WAS RESISTING ARREST, WAS ADVISED IF HE CONTINUES HE WOULD BE TASERED. SUSPECT COMPLIED AND TASER/STUN WAS NOT DEPLOYED.
Supervisors Name (print): Fournier (Last) David (First) _____ (Middle) ID#: 165
Signature of Reviewing Supervisor: _____
☑ Approved ☐ Disapproved

(Print): Pratt (Last) David (First) R (Middle) ID#: 239
Signature of Bureau Commander: Capt. _____ #239
* *This form is to be submitted to the Chief's Office immediately upon completion*

115

# Holyoke Police Department- Use of Force Report

Date: 5/23/13   Time: 13:17   Arrest#: 13-1231-AR   Incident #: _____
Reporting Officer: Goudreau   ID# 202
Suspects Name: Jewelia Rex   DOB: ▓▓▓   SSN # ▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries:   Small cut left arm from taser
☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☒ H.F.D ☒ PAMH
☐ Yes ☒ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: ___ # of Bursts: ___   Was subject allowed to decon? ☐ Yes ☐ N



Front

Back

Supervisor Reviewing Use Comments:
Suspect was assaultive committing bodily harm
Officer R Goudreau used the right use of force to detain this party

Supervisors Name (*print*): Garcia (Last)   Joseph (First)   (Middle)   ID#: 200
Signature of Reviewing Supervisor: Sgt Joseph Garcia #200
☒ Approved ☐ Disapproved

(Print): Pratt (Last)   David (First)   R (Middle)   ID#: 235
Signature of Bureau Commander: Capt R. Pratt #235

**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department Use of Force Report

13-1087

Date: 5/5/13  Time: 17:46  Arrest#: AR  Incident #: _____
Reporting Officer: Goudreau  ID# 202
Suspects Name: Angelica Ramirez  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [X] Assaultive *(Bodily Harm)* | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive *(Serious Bodily Harm/Death)* | [ ] Baton [ ] Firearm [ ] Other * |

* *Describe Weapon of Opportunity Here:* _____

_____

Was Use of Force Effective? If *NO*, please explain: _____
   [X] Yes  [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
   [ ] Yes  [X] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D. [ ] AMR
   [ ] Yes  [X] No   What *hospital*, if any, was the subject transported to?  [ ] HMC  [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No  [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: _____ # of Bursts: _____   Was subject allowed to decon? [ ] Yes [ ] No


Front


Back

Supervisor Reviewing Use Comments:
   After review of report use of force was justified and proper in effecting
   arrest.

Supervisors Name *(print):*  Fournier          David                    ID#  169
                               (Last)           (First)       (Middle)
   Signature    Reviewing Supervisor:  [signature] 169
[XX] Approved  [ ] Disapproved

   *(Print):* _____  ID#: _____
             (Last)        (First)    (Middle)
Signature of Bureau Commander: _____
117
   *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department- Use of Force Report

Date: 5/5/13  Time: 15:46  Arrest#: AR    13 - 1086   Incident #: _____
Reporting Officer: Goudreau                          ID# 202
Suspects Name: Hector Rivera        DOB: ████    SSN # ████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

* *Describe Weapon of Opportunity Here:*
_____
_____

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMB
   ☐ Yes ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___   Was subject allowed to decon? ☐ Yes ☐ N



Front                                    Back

Supervisor Reviewing Use Comments:
   After review of report use of force was justified and proper in effecting
   arrest.
_____

Supervisors Name *(print)*:  Fournier          David          ID#: 169
                              (Last)        (First)    (Middle)
   Signature of Reviewing Supervisor: Dan Fournier 169
☒ Approved ☐ Disapproved

   (Print): Pratt    David   R   ID#: 739
            (Last)   (First)  (Middle)
Signature of Bureau Commander: Capt. D. Pratt #739
   * *This form is to be submitted to the Chief's Office immediately upon completion*

118

# Holyoke Police Department- Use of Force Report

Date: 4/20/13  Time: 2157  Arrest#: 13-960-AR  Incident #: _____

Reporting Officer: Daniel Escobar  ID# 315

Suspects Name: Kyle Dziok  DOB: ████████  SSN # ████████

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

\* Describe Weapon of Opportunity Here:
Officers Attempted to cuffed Mr. Dziok but he pulled his arm away when he tryed to cuffed him. He continued to struggle with officers

Was Use of Force Effective? If NO, please explain:
[ ] Yes [X] No

Was the subject injured? If YES, please describe the injuries:
[ ] Yes [X] No

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[ ] Yes [X] No  What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [X] Yes [ ] No [X] Drive Stun [ ] Taser

[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? [ ] Yes [ ] N

Front

Back

Supervisor Reviewing Use Comments:
Suspect was actively resisting officers. Drive stun was appropriate.

Supervisors Name (print): Shaw (Last) Rick A (First) R (Middle)  ID#: ____

Signature of Reviewing Supervisor: _____

[X] Approved [ ] Disapproved

(Print): Pratt (Last) Paul (First) R (Middle)  ID#: 233

Signature of Bureau Commander: _____

\* This form is to be submitted to the Chief's Office immediately upon completion

119

# Holyoke Police Department - Use of Force Report

Date: 4/2013    Time: 1809    Arrest#: _____    Incident #: 2145

Reporting Officer: K Shattuck    ID# 329

Suspects Name: Jacinto Navarro    DOB: _____    SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:* Drive Stun

Was Use of Force Effective? If *NO*, please explain: After multiple attempts
☐ Yes ☐ No   Worked enough to remove him from car

Was the subject injured? If *YES*, please describe the injuries:
☐ Yes ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☒ H.F.D ☒ AMR
☒ Yes ☐ No   What hospital, if any, was the subject transported to? ☒ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☐ NO If *YES*, why? _____

Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____   Was subject allowed to decon? ☐ Yes ☐ N



Front       Back

Supervisor Reviewing Use Comments:
WARRANTED

Supervisors Name *(print)*: HART   (Last)   JOHN   (First)   (Middle)   ID#: 253

Signature of Reviewing Supervisor: Sgt _____ 283

☒ Approved ☐ Disapproved

*(Print)*: Pratt   (Last)   BA   (First)   (Middle)   ID#: 239

Signature of Bureau Commander: Capt _____

*\* This form is to be submitted to the Chief's Office immediately upon completion*

420

# Holyoke Police Department - Use of Force Report

Date: 04/14/13  Time: 2154  Arrest#: 13-411-AR  Incident #: _____
13-912-AR

Reporting Officer: Tebo, Ryan  ID# 331

Suspects Name: Calderon, Johnny  DOB: ▓▓▓▓  SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☑ Holds/Locks  ☑ O.C.  ☐ X26 Drive Stun  ☐ Other * |
| ☑ Assaultive (Bodily Harm) | ☐ Strikes  ☐ Baton  ☑ X26 Taser  ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton  ☐ Firearm  ☐ Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
☑ Yes  ☐ No

Was the subject injured? If YES, please describe the injuries: _____
☐ Yes  ☑ No

Was the subject given medical treatment? If YES, who administered the treatment? ☑ H.P.D.  ☐ H.F.D  ☐ AMR
☑ Yes  ☐ No  What hospital, if any, was the subject transported to? ☐ HMC  ☐ BMC

Was Restraint Chair used? ☐ Yes  ☑ NO If YES, why? _____

Was X 26 used? ☑ Yes  ☐ No  ☐ Drive Stun  ☐ Taser
☐ Baton  ☐ Impact Munition  ☑ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☑ Yes ☐ No



Front          Back

Supervisor Reviewing Use Comments: Report Justifies use
_____

Supervisors Name (print): McKay  Philip  ID#: 240
                          (Last)    (First)      (Middle)
Signature of Reviewing Supervisor: Sgt. Ph mcKay

☑ Approved  ☐ Disapproved

(Print): Pratt  David  C  ID#: 239
         (Last)   (First)  (Middle)
Signature of Bureau Commander: Capt DC Oct #239

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Use #2

Date: 04/14/13 Time: 2145 Arrest#: 13-912-AN Incident #: _____
Reporting Officer: Bagle ID# 321
Suspects Name: Johnny Caberon-Simez DOB: _____ SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [ ] Resistant Active | [ ] Holds/Locks [ ] O.C. [ ] X26 Drive Stun [ ] Other * |
| [X] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [X] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

*Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
[X] Yes [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
[ ] Yes [X] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [X] H.P.D. [ ] H.F.D [ ] AMR
[X] Yes [ ] No    What *hospital*, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No  [ ] Drive Stun [X] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? [X] Yes [ ] No

Front    Back

Supervisor Reviewing Use Comments:
report Justifies use

Supervisors Name (print): McKay Philip ID#: 240
                          (Last)        (First)    (Middle)
Signature of Reviewing Supervisor: Sgt Philip McKay
[X] Approved [ ] Disapproved

(Print): _____
         (Last)    (First)    (Middle)    ID#: _____
Signature of Bureau Commander: _____
122
*This form is to be submitted to the Chief's Office immediately upon completion*

**Holyoke Police Department - Use of Force Report**    TAZE #1

Date: 04/14/13  Time: 2145   Arrest #: 13912-4R  Incident #: _____
Reporting Officer: Boyle #321           ID# 321
Suspects Name: Johnny Calderon - Suarz DOB: ▓▓▓  SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes  ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes  ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D. ☐ AMB
☒ Yes  ☐ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☒ O.C. Duration: N/A # of Bursts: ____  Was subject allowed to decon? ☒ Yes ☐ N

↓ OFFICER TASE



Front                          Back

Supervisor Reviewing Use Comments: _____

_____

Supervisors Name (print): McKay _____ Philip _____ ID#: 240
                              (Last)        (First)   (Middle)
Signature of Reviewing Supervisor: Sgt Philip McKay Jr
☒ Approved  ☐ Disapproved

(Print): Pratt _____ David _____ ID#: 235
         (Last)      (First)    (Middle)
Signature of Bureau Commander: Capt D. Pratt #235
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 4/8/13    Time: 02:34    Arrest#: _____    Incident #: ▒▒▒▒▒
Reporting Officer: Goudreau     ID# 202
Suspects Name: Leonardo Alvarez   DOB: ▒▒▒▒   SSN # ▒▒▒▒▒▒▒

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

*** Describe Weapon of Opportunity Here:**

_____

Was Use of Force Effective? If NO, please explain: _____
   ☒ Yes ☐ No
Was the subject injured? If YES, please describe the injuries: _____
   ☐ Yes ☒ No
Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMB
   ☐ Yes ☒ No    What hospital, if any, was the subject transported to? ☒ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? ☐ Yes ☐ N



Front                    Back

Supervisor Reviewing Use Comments:
   Reviewed report and Officer Goudreau was correct in use of TASER in this incident.
   Stopped MR. ALVARADO'S assault on others/officer(s) and brought him under control
   so that he might be brought to HMC for evaluation.
Supervisors Name (print): Higgins    Michael   J.   (LT)      ID#: 136
           (Last)       (First)      (Middle)
Signature of Reviewing Supervisor: _Michael Higgins #136_

☒ Approved ☐ Disapproved

   (Print): PRATA     David    R      ID#: 239
          (Last)       (First)      (Middle)
Signature of Bureau Commander: _Capt D.R. Prata #239_
         * This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 3/17/13  Time: _____ Arrest#: _____ Incident #: 1500-0F

Reporting Officer: OC Castro (Shattuck)  ID# 329

Suspects Name: Fisher, Daniel _____ DOB: _____ SSN # _____

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No

Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No

Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[ ] Yes [ ] No      What hospital, if any, was the subject transported to? [X] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [ ] NO If YES, why? _____

Was X 26 used? [X] Yes [ ] No  [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition  [ ] O.C. Duration: _____ # of Bursts: _____ Was subject allowed to decon? [ ] Yes [ ] N



Front                                    Back

Supervisor Reviewing Use Comments:

Use of Force Appears to be within dept. Policy

Supervisors Name (print): Lt. Albert,  James  M  ID#: 246
                              (Last)        (First)   (Middle)
Signature of Reviewing Supervisor: Lt Jay Albert 246

[X] Approved [ ] Disapproved

(Print): Pratt  David  R  ID#: 235
          (Last)   (First)   (Middle)
Signature of Bureau Commander: Capt David Pratt #235

* This form is to be submitted to the Chief's Office immediately upon completion

125

# Holyoke Police Department- Use of Force Report

Date: 2/20/13   Time: 0016   Arrest#: 13-382-AR   Incident #: N/A
Reporting Officer: Thomas J. Leahy   ID# 336
Suspects Name: FLORES, Jesus   DOB: ███████   SSN # ███████

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks  [ ] O.C.  [X] X26 Drive Stun  [ ] Other * |
| [ ] Assaultive (*Bodily Harm*) | [ ] Strikes  [ ] Baton  [ ] X26 Taser  [ ] Other * |
| [ ] Assaultive (*Serious Bodily Harm/Death*) | [ ] Baton  [ ] Firearm  [ ] Other * |

*\* Describe Weapon of Opportunity Here:*

Was Use of Force Effective? If *NO*, please explain: _____
  [X] Yes  [ ] No
Was the subject injured? If *YES*, please describe the injuries: Sore shoulder abrasions to
  [X] Yes  [ ] No   the face
Was the subject given medical treatment? If *YES*, who administered the treatment?  [ ] H.P.D.  [ ] H.F.D  [X] AM
  [X] Yes  [ ] No   What *hospital*, if any, was the subject transported to?  [ ] HMC  [ ] BMC
Was Restraint Chair used?  [ ] Yes  [X] NO If *YES*, why? _____
Was X 26 used? [X] Yes  [ ] No  [X] Drive Stun  [ ] Taser
[ ] Baton  [ ] Impact Munition  [ ] O.C. Duration: ____ # of Bursts: ____   Was subject allowed to decon?  [ ] Yes  [ ] N

Front                                    Back

Supervisor Reviewing Use Comments: Suspect Resisted arrest, physically
attacked officer. Use of force Justified.

Supervisors Name (*print*): H Courancy   ID#: 207
   (Last)                (First)      (Middle)
Signature of Reviewing Supervisor: H Courancy #207
[X] Approved  [ ] Disapproved

   (Print): Pratt   David   R   ID#: 239
        (Last)      (First)   (Middle)
Signature of Bureau Commander: Carl Pratt #239

*\* This form is to be submitted to the Chief's Office immediately upon completion*

126

# Holyoke Police Department- Use of Force Report

X00-68619

Date: 2/3/13  Time: 02:08 HRS  Arrest#: 13-260-AR  Incident #: _____

Reporting Officer: ~~ROBERTS~~ S. NORTON  ID# 322

Suspects Name: RODRIGUEZ, JUAN A.  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [X] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here:

Was Use of Force Effective? If NO, please explain: TASER ONLY DRIVE STUNNED ONCE THEN SHUT OFF
[ ] Yes [X] No  AND WAS NOT ABLE TO TURN BACK ON. GIVEN TO SGT. STUART TO

Was the subject injured? If YES, please describe the injuries: CHECK
[ ] Yes [X] No

Was the subject given medical treatment? If YES, who administered the treatment? [X] H.P.D. [ ] H.F.D [ ] AM
[ ] Yes [ ] No  What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [X] Yes [ ] No  [X] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? [ ] Yes [ ] N



Front                    Back

Supervisor Reviewing Use Comments:

_____

_____

Supervisors Name (print): _____  ID#: _____
(Last)          (First)          (Middle)

[✓] Signature of Reviewing Supervisor: _____

[✓] Approved [ ] Disapproved

(Print): LT Coconnoski  ID#: 207
(Last)          (First)          (Middle)

Signature of Bureau Commander: _____

* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 2/3/13   Time: 02:08 Hrs   Arrest#: 13-260-AR   Incident #: _____
Reporting Officer: S. NORTON   ID# 322
Suspects Name: RODRIGUEZ, JUAN A.   DOB: _____   SSN # _____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks  [X] O.C.  [ ] X26 Drive Stun  [ ] Other * |
| [X] Assaultive *(Bodily Harm)* | [ ] Strikes  [ ] Baton  [ ] X26 Taser  [ ] Other * |
| [ ] Assaultive *(Serious Bodily Harm/Death)* | [ ] Baton  [ ] Firearm  [ ] Other * |

**\* Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
[X] Yes  [ ] No
Was the subject injured? If *YES*, please describe the injuries: _____
[ ] Yes  [X] No
Was the subject given medical treatment? If *YES*, who administered the treatment? [X] H.P.D.  [ ] H.F.D  [ ] AMR
[X] Yes  [ ] No   What *hospital*, if any, was the subject transported to? [ ] HMC  [ ] BMC
Was Restraint Chair used? [ ] Yes  [X] NO If *YES*, why? _____
Was X 26 used? [ ] Yes  [ ] No  [ ] Drive Stun  [ ] Taser
[ ] Baton  [ ] Impact Munition  [X] O.C. Duration: 1  # of Bursts: 1 SEC  Was subject allowed to decon? [X] Yes  [ ] No



Front                                    Back

Supervisor Reviewing Use Comments: _____

Supervisors Name *(print)*: _____   ID#: _____
                                    *(Last)*        *(First)*        *(Middle)*
Signature of Reviewing Supervisor: _____
[X] Approved  [ ] Disapproved

*(Print)*: Couroyer Lawrence P   ID#: 207
              *(Last)*        *(First)*        *(Middle)*
Signature of Bureau Commander: _____

# Holyoke Police Department - Use of Force Report

Date: 2/1/13    Time: 07:58    Arrest#: 13-237    Incident #: _____

Reporting Officer: Gaudreau, Roger    ID# 202

Suspects Name: Wayne Mecteau    DOB: ▓▓▓▓    SSN # ▓▓▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

\* *Describe Weapon of Opportunity Here:* _____

_____

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes  ☐ No

Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes  ☒ No

Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMB
   ☐ Yes  ☒ No    What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes  ☒ NO If YES, why? _____

Was X 26 used? ☒ Yes  ☐ No    ☒ Drive Stun  ☐ Taser
☐ Baton ☐ Impact Munition    ☐ O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? ☐ Yes ☐ N



Front                                          Back

Supervisor Reviewing Use Comments:

   After review of reports use of force was appropriate under circumstances.

_____

Supervisors Name (*print*):  David D. Fournier                    ID#: 169
                                   (Last)              (First)        (Middle)
   Signature of Reviewing Supervisor: *David D. Fournier* 169

☒ Approved  ☐ Disapproved

   (Print):  PRATT          DAVID          R          ID#: 235
                 (Last)          (First)          (Middle)
Signature of Bureau Commander: *Capt. David Pratt #235*

\* *This form is to be submitted to the Chief's Office immediately upon completion*

129

# Holyoke Police Department- Use of Force Report

Date: 01/19/13   Time: _____   Arrest#: 13-158-AR   Incident #: _____
Reporting Officer: Boyle   ID# 321
Suspects Name: Kevin Moriarty   DOB: ▓▓▓▓   SSN # ▓▓▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [ ] X26 Drive Stun [X] Other * |
| [ ] Assaultive (Bodily Harm) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (Serious Bodily Harm/Death) | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here:
_____ Took Taser out _____ *Did not use it*

Was Use of Force Effective? If NO, please explain: _____
[X] Yes [ ] No
Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes [X] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AM
[ ] Yes [X] No   What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No   [ ] Drive Stun [ ] Taser *Did not use*
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: ____ *verbal commands* Was subject allowed to decon? [ ] Yes [ ]



Front                                                      Back

Supervisor Reviewing Use Comments:
_____ THIS TASER WAS PROPERLY USED _____

Supervisors Name (print): LOFTUS   STEPHEN   T   ID#: 168
(Last)            (First)      (Middle)
Signature of Reviewing Supervisor: Sgt. Stephen T. Loftus 168
[X] Approved [ ] Disapproved

(Print): PRATT   DAVID   R   ID#: 239
(Last)      (First)   (Middle)
Signature of Bureau Commander: Capt. David Pratt #239

* This form is to be submitted to the Chiefs Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 12/23/12   Time: 1700   Arrest#: 12-3297-AR  Incident #: _____
Reporting Officer: Joniec, Jeffrey   ID# 231
Suspects Name: Rivera, Heather   DOB: ____   SSN # ____

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☒ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:* ____

Was Use of Force Effective? If *NO*, please explain: ____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: Small cut left eye, cheek, hands
☒ Yes ☐ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMR
☐ Yes ☒ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? ____
Was X 26 used? ☒ Yes ☐ No   ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition   ☐ O.C. Duration: ____ # of Bursts: ____   Was subject allowed to decon? ☐ Yes ☐ N



Drive
STUN

**Front**     **Back**

Supervisor Reviewing Use Comments:
Use of Force Appears to be within HPD policy.
See Report # 12-3297-AR for details.

Supervisors Name (*print*): ALBERT, JAMES M 246 ID#: 246
                              (Last)       (First)      (Middle)
Signature of Reviewing Supervisor: LT. ____ #246
☒ Approved ☐ Disapproved

(*Print*): PRATT DAVID R ID#: 239
            (Last)    (First)  (Middle)
Signature of Bureau Commander: Capt ____ #239
*\* This form is to be submitted to the Chief's Office immediately upon completion*

131

# Holyoke Police Department- Use of Force Report

Date: 12/19/12  Time: 2300  Arrest#: 12-3268-AM Incident #: _____
Reporting Officer: B. Boyle _____  ID# 321
Suspects Name: RAFAEL SOLER _____  DOB: ▓▓▓▓  SSN # ▓▓▓▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☐ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

*\* Describe Weapon of Opportunity Here:*
    X26 TASER

Was Use of Force Effective? If *NO*, please explain: _____
   ☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
   ☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☐ AMR
   ☒ Yes ☐ No   What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No   ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition ☐ O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? ☐ Yes ☐ No



Front



Back

Supervisor Reviewing Use Comments:
   Mr. Soler was assaultive in his encounter of officers. The use of Force
   was proper and within department policy

Supervisors Name *(print):* ___Stuart___ ___Richard___ ___B___ ID#: 236
                               (Last)        (First)      (Middle)
   Signature of Reviewing Supervisor: Sgt. _____
☒ Approved ☐ Disapproved

   *(Print):* ___Pratt___ ___David___ ___R___ ID#: 233
              (Last)      (First)    (Middle)
Signature of Bureau Commander: Capt _____
   *\* This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department - Use of Force Report

Date: 12/12/12  Time: 9:00 pm  Arrest#: 3209-AR  Incident #: _____
Reporting Officer: Eniterio 334  ID# 334
Suspects Name: Long, Joshua  DOB: _____  SSN # _____

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☒ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

**\* Describe Weapon of Opportunity Here:** _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☒ Yes ☐ No  Small puncture Due to TASER Prong
Was the subject given medical treatment? If *YES*, who administered the treatment? ☒ H.P.D. ☐ H.F.D ☐ AMI
☐ Yes ☐ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If YES, why? _____
Was X 26 used? ☒ Yes ☐ No  ☐ Drive Stun ☒ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ____ # of Bursts: ____  Was subject allowed to decon? ☐ Yes ☐ N

✱ Used TASER
In Locker Ten ✱



Front                    Back

Supervisor Reviewing Use Comments:
Use of Force Appears to be within
HPD Use of Force Policy, and Appropriate.

Supervisors Name (print): AIBERT, JAMES M,  ID#: 246
                          (Last)    (First)   (Middle)
Signature of Reviewing Supervisor: _____ 246
☒ Approved ☐ Disapproved

(Print): _____, David M  ID#: 239
         (Last)    (First)  (Middle)
Signature of Bureau Commander: _____ #289

**\* This form is to be submitted to the Chief's Office immediately upon completion**

# Holyoke Police Department - Use of Force Report

Date: **11/21/12** Time: **11:50** Arrest#: **12-3029-AR** Incident #: _____
Reporting Officer: **Daniel Escobar** ID# _____
Suspects Name: **Anthony Santos** DOB: ▓▓▓▓ SSN # ▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☐ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☒ Other * |
| ☐ Assaultive *(Bodily Harm)* | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive *(Serious Bodily Harm/Death)* | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here:
Verbal commands to use Taser x26, verbal commands were effective

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No

Was the subject injured? If YES, please describe the injuries: _____
☐ Yes ☐ No

Was the subject given medical treatment? If YES, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☐ No What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC

Was Restraint Chair used? ☐ Yes ☐ NO If YES, why? _____

Was X 26 used? ☐ Yes ☐ No ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☒ O.C. Duration: ____ # of Bursts: ____ Was subject allowed to decon? ☐ Yes ☐ N

Front          Back

Supervisor Reviewing Use Comments:
More threat of Taser (Drive Stun) was enough to gain compliance

Supervisors Name *(print)*: _____ Scata _____ Michael _____ B _____ ID#: 206
                                   (Last)        (First)      (Middle)
Signature of Reviewing Supervisor: _____ #206 _____

☒ Approved ☐ Disapproved

(Print): _____ Pratt _____ David _____ R _____ ID#: 239
              (Last)       (First)      (Middle)
Signature of Bureau Commander: _____ #239 _____

\* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: 10 / 30 / 12  Time: 1630  Arrest#: 12-2869-AR  Incident #: _____
Reporting Officer: BOYLE #321  ID# 321
Suspects Name: EMILY HARRINGTON  DOB: ███████  SSN # ████████

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [ ] Other * |
| [ ] Assaultive *(Bodily Harm)* | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive *(Serious Bodily Harm/Death)* | [ ] Baton [ ] Firearm [ ] Other * |

* Describe Weapon of Opportunity Here: _____

Was Use of Force Effective? If NO, please explain: _____
[X] Yes  [ ] No
Was the subject injured? If YES, please describe the injuries: _____
[ ] Yes  [X] No
Was the subject given medical treatment? If YES, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMf
[ ] Yes  [X] No    What hospital, if any, was the subject transported to? [ ] HMC [ ] BMC
Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____
Was X 26 used? [X] Yes [ ] No  [X] Drive Stun  [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ____ # of Bursts: _____  Was subject allowed to decon? [ ] Yes [ ] N



Front                    Back

Supervisor Reviewing Use Comments: See Attatched report For details -
Force Was Appropriate.

Supervisors Name (print): ALBERT (Last) JAMES (First) M (Middle)  ID#: 246
Signature of Reviewing Supervisor: _____ 246
[X] Approved  [ ] Disapproved

(Print): Pratt (Last) David (First) R (Middle)  ID#: 275
Signature of Bureau Commander: _____ 275
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department- Use of Force Report

Date: 10/28/12   Time: 2159   Arrest#: 12-2858-AR   Incident #: _____

Reporting Officer: Emiterio, Joseph M.   ID# 334

Suspects Name: ARBuzov, Peter V.   DOB: ▓▓▓▓   SSN # ▓▓▓▓

| Suspect Actions Category | Officers Response   (Check all that apply) |
|---|---|
| [X] Resistant Active | [ ] Holds/Locks [ ] O.C. [X] X26 Drive Stun [X] Other * <br> X26 placed on shoulder / not used. |
| [ ] Assaultive (*Bodily Harm*) | [ ] Strikes [ ] Baton [ ] X26 Taser [ ] Other * |
| [ ] Assaultive (*Serious Bodily Harm/Death*) | [ ] Baton [ ] Firearm [ ] Other * |

\* *Describe Weapon of Opportunity Here:* _____

---

Was Use of Force Effective? If *NO*, please explain: NOT used BUT I placed X26 Taser on
[X] Yes [ ] No   Suspects shoulder and stated to him to stop resisting or he

Was the subject injured? If *YES*, please describe the injuries: would be tased. He complied.
[ ] Yes [X] No

Was the subject given medical treatment? If *YES*, who administered the treatment? [ ] H.P.D. [ ] H.F.D [ ] AMR
[ ] Yes [X] No   What *hospital*, if any, was the subject transported to? [ ] HMC [ ] BMC

Was Restraint Chair used? [ ] Yes [X] NO If YES, why? _____

Was X 26 used? [ ] Yes [X] No [ ] Drive Stun [ ] Taser
[ ] Baton [ ] Impact Munition [ ] O.C. Duration: ___ # of Bursts: ___ Was subject allowed to decon? [ ] Yes [ ] N



Front     Back

Supervisor Reviewing Use Comments:
Threat of use of X26 was justified and proper.

Supervisors Name (*print*): Kevin Thomas   Kevin   Michael   ID#: 223
    (Last)    (First)    (Middle)

Signature of Reviewing Supervisor: Sgt. Kevin Thomas 223

[X] Approved [ ] Disapproved

(Print): Pratt   David   R   ID#: 239
   (Last)    (First)    (Middle)

Signature of Bureau Commander: Capt. David Pratt #239

\* *This form is to be submitted to the Chief's Office immediately upon completion*

136

# Holyoke Police Department - Use of Force Report

Date: 10/29/12  Time: _____  Arrest#: 12-2805  Incident #: _____
Reporting Officer: R. Goudresu  ID# 202
Suspects Name: Rivera, Adelson  DOB: ████  SSN # _____

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☒ Resistant Active | ☒ Holds/Locks ☐ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☐ Assaultive (*Bodily Harm*) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (*Serious Bodily Harm/Death*) | ☐ Baton ☐ Firearm ☐ Other * |

* *Describe Weapon of Opportunity Here:* _____

Was Use of Force Effective? If *NO*, please explain: _____
☒ Yes ☐ No
Was the subject injured? If *YES*, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If *YES*, who administered the treatment? ☐ H.P.D. ☐ H.F.D ☐ AMI
☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☒ NO If *YES*, why? _____
Was X 26 used? ☒ Yes ☐ No  ☒ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: _____ # of Bursts: _____  Was subject allowed to decon? ☐ Yes ☐ N

Front                                        Back

Supervisor Reviewing Use Comments:
The use of the X26 was justified based of officers and
Lt. Mccary and Sgt. Bart's statements

Supervisors Name (print): Thomas    Keiry  Michael    ID#: 223
                          (Last)    (First) (Middle)
Signature of Reviewing Supervisor: Sgt. Keiry Thomas 223

☑ Approved ☐ Disapproved

(Print): PRATT    DAVID    R    ID#: 239
         (Last)   (First)  (Middle)
Signature of Bureau Commander: Capt Daf Pratt #239
* *This form is to be submitted to the Chief's Office immediately upon completion*

# Holyoke Police Department – Use of Force Report

Date: _9/28/12_  Time: _2130_  Arrest#: _12-2645-AR_ Incident #: _____
Reporting Officer: _MATT WELCH_  ID# _307_
Suspects Name: _ADAM TORRES_  DOB: ~~████~~ Y  SSN # ~~████~~

| Suspect Actions Category | Officers Response  (Check all that apply) |
|---|---|
| ☑ Resistant Active | ☐ Holds/Locks ☐ O.C. ☑ X26 Drive Stun ☐ Other * |
| ☑ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

* Describe Weapon of Opportunity Here:
_____

Was Use of Force Effective? If NO, please explain: _At First, suspect kept resisting, once he became compliant_
☑ Yes ☐ No  _the use of force was ended_
Was the subject injured? If YES, please describe the injuries: _Abrasions on face_
☑ Yes ☐ No
Was the subject given medical treatment? If YES, who administered the treatment? ☑ H.P.D. ☐ H.F.D ☐ AMR
☑ Yes ☑ No  What hospital, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☐ Yes ☑ NO If YES, why? _____
Was X 26 used? ☑ Yes ☐ No ☑ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition  ☐ O.C. Duration: ___ # of Bursts: ___  Was subject allowed to decon? ☐ Yes ☐ N



Front                Back

Supervisor Reviewing Use Comments:
_Officer Welch used his X26 Taser "Drive Stun" feature to subdue_
_a suspect being placed under arrest who was fighting officer_
_onscene, IN ACCORDANCE w/ Rules & Regs_
Supervisors Name (print): _Cournoyer       Lawrence_  ID#: _207_
                              (Last)        (First)      (Middle)
Signature of Reviewing Supervisor: _Lt Cournoyer_
☑ Approved ☐ Disapproved

(Print): _Pratt        David        K_  ID#: _235_
          (Last)       (First)      (Middle)
Signature of Bureau Commander: _Capt #235_
* This form is to be submitted to the Chief's Office immediately upon completion

# Holyoke Police Department - Use of Force Report

Date: _9 / 7 / 12_  Time: _1815_  Arrest #: _12-2449_  Incident #: _____
Reporting Officer: _ANDREW DINAPOLI_  ID# _291_
Suspects Name: _Marcus Daniels_  DOB: ▓▓▓▓  SSN # ▓▓▓▓▓▓▓

| Suspect Actions Category | Officers Response (Check all that apply) |
|---|---|
| ☐ Resistant Active | ☐ Holds/Locks ☒ O.C. ☒ X26 Drive Stun ☐ Other * |
| ☒ Assaultive (Bodily Harm) | ☐ Strikes ☐ Baton ☐ X26 Taser ☐ Other * |
| ☐ Assaultive (Serious Bodily Harm/Death) | ☐ Baton ☐ Firearm ☐ Other * |

\* Describe Weapon of Opportunity Here: _____
_____

Was Use of Force Effective? If **NO**, please explain: _____
☒ Yes ☐ No
Was the subject injured? If **YES**, please describe the injuries: _____
☐ Yes ☒ No
Was the subject given medical treatment? If **YES**, who administered the treatment? ☐ H.P.D. ☐ H.F.D. ☐ AMR
☐ Yes ☒ No  What *hospital*, if any, was the subject transported to? ☐ HMC ☐ BMC
Was Restraint Chair used? ☒ Yes ☐ NO If YES, why? _Subject Not Cooperative - Threats of Suic_
Was X 26 used? ☐ Yes ☐ No ☐ Drive Stun ☐ Taser
☐ Baton ☐ Impact Munition ☒ O.C. Duration: _____ # of Bursts: _3_  Was subject allowed to decon? ☒ Yes ☐ N



Front        Back

Supervisor Reviewing Use Comments: _I was the booking officer when Mr. Daniels was brought_
_into the booking station. Mr. Daniels was immediately washed_
_down with water. Mr. Daniels eventually calmed and requested_
Supervisors Name (print): _Thomas_     _Kevin_     _Michael_  ID#: _273_ _no med_
                          (Last)        (First)    (Middle)          _treatm_
Signature of Reviewing Supervisor: _Sgt Kevin Thomas #273_

☐ Approved ☐ Disapproved

(Print): _Pratt_     _David_     _TC_  ID#: _239_
         (Last)      (First)    (Middle)
Signature of Bureau Commander: _Capt D Pratt #735_

\* This form is to be submitted to the Chief's Office immediately upon completion