# APPLICATION FOR CRIMINAL COMPLAINT

APPLICATION NO. (COURT USE ONLY)

PAGE 01

Trial Court of Massachusetts
District Court Department

PP   Holyoke

1401-0136HO

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☒ ONLY MISDEMEANOR(S), I request a hearing ☐ WITHOUT NOTICE because of an imminent threat of ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ WITH NOTICE to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ WITHOUT NOTICE ☐ WITH NOTICE to accused.
☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

ARREST STATUS OF ACCUSED
☒ HAS  ☐ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS
15 N SUMMER ST Apt. 3C
HOLYOKE, MA. 01040

BIRTH DATE: [REDACTED]
SOCIAL SECURITY NUMBER: --
PCF NO.:
MARITAL STATUS: SINGLE
DRIVERS LICENSE NO.: STATE:
GENDER: M  HEIGHT: 503  WEIGHT: 110  EYES: BRO
HAIR: BLK  RACE: W  COMPLEXION:  SCARS/MARKS/TATTOOS:
BIRTH STATE OR COUNTRY: PR
DAY PHONE:
EMPLOYER/SCHOOL: KELLY SCHOOL STUDENT
MOTHER'S MAIDEN NAME (FIRST MI LAST): JANET HERNENDEZ
FATHER'S NAME (FIRST MI LAST): FELIX TORRES

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): THOMAS J LEAHY
COMPLAINANT TYPE: ☒ POLICE ☐ CITIZEN ☐ OTHER
PD: HOY
ADDRESS: Holyoke Police Department, 138 APPLETON ST, HOLYOKE, MA. 01040
PLACE OF OFFENSE: HOLYOKE, MA
INCIDENT REPORT NO.: 14-344-AR
OBTN: THOY201400344
CITATION NO(S).:

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 272/53/F | DISORDERLY CONDUCT | 02/08/2014 |
| | VARIABLES (e.g. victim name, controlled substance, type and value of property. other variable information; see Complaint Language Manual) | | |
| 2 | 268/32B | RESIST ARREST | 02/08/2014 |
| | VARIABLES | | |
| 3 | | | |
| | VARIABLES | | |

REMARKS SID#:
COMPLAINANT'S SIGNATURE: X OJ L /m #336
DATE FILED: 2-9-14

COURT USE ONLY: A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
DATE OF HEARING:  TIME OF HEARING:
SCANNED

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
HEARING CONTINUED TO:
APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

Juvenile court nolle pros 3/6/2017

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| 2·10·14 | ☒ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☒1. ☒2. ☐3. BASED ON ☒ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. START NO. END NO. ☐ WARRANT ☐ SUMMONS TO ISSUE ARRAIGNMENT DATE: 2·20·14 APR | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | CAS |

DCCR-2 (08/04)

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.	JUVENILE COURT
DEPARTMENT OF THE
TRIAL COURT
CRIMINAL ACTION
NO(S) 14DL0136HO

COMMONWEALTH

v.

▮

## COMMONWEALTH'S NOLLE PROSEQUI

Now comes the Commonwealth through its Assistant District Attorney and states to the Court that the Commonwealth is unwilling to further prosecute the above individual for the offense(s) of: DISORDERLY CONDUCT c272 §53 RESIST ARREST c268 §32B

For the following reason, that Defendant has successfully completed the Hampden County District Attorney's Juvenile Diversion Program, therefore, the Commonwealth does not seek to prosecute the juvenile for the above listed matter(s).

Respectfully submitted,
THE COMMONWEALTH

By /s/ Boucher
Assistant District Attorney

Date: 07/16/2015

Clerk Magistrate's Office
Hampden County Juvenile Court
80 State Street
Springfield, MA 01103

| NAME: ▇▇▇▇▇ | | | DOCKET: 14DL0136HO |
|---|---|---|---|
| CHARGE: | 1. DISORDERLY CONDUCT NP<br>2. RESISTING ARREST NP | HOLYOKE | PAGE: 5 |

1/20/15

MOTF - Ref. to Diversion
(unscheduled JT)
c-7-16-15 RPFD (Holyoke)

7-16-15
Fild: NP

D

(DJS)

2/6/13  Re 2:35-2:46
MOTF/A - Review Juvenile
Apte - File and to copy
criminal Disposition

FILD - counsel contact
(Ryan)

## Hampden County Juvenile Court
Holyoke Division
121 Elm Street
Holyoke, MA 01040

| Name: ▮▮▮▮▮▮ | Docket No: 14010136140 |
|---|---|
| Charge: 1. Disorderly conduct  2. Res Arrest | City: Holyoke |

✓ 7-24-14
MOT F/A - Def to continue trial
MOT F/A - Def for production of evidence
inserted 9-28-14 (JTS)
C+ 10/3/14 JTS

(LSB)
09/19/14
MOT F - For Continuance
C - 9/29/14 MO

#44
9.29.14
MOT A - Continue Trial
ROSC
C: 1.26.15 JT
(LMJ)
9-29-14
F/LD - Comm's Witness List

11/26/14
✓ F/LD Juvenile Witness List

## Hampden County Juvenile Court
Holyoke Division
121 Elm Street
Holyoke, MA 01040

| Name: ███████ | DOCKET: 14DL0136HO |
|---|---|
| Charge: 1. Disorderly conduct  2. Resist arrest | City: HOLYOKE |
|  |  |

CBC-

ARR-

PNT-

IND-

LCWF-

A- Shulman

APTE-

PTH-

PTC-

7-7-14
MotF. Preserve
evidence; C 7-10-14

7/10/14
MP / mtp
MOTP — (Def) Preserve
Evidence
(7/28/14 J6 Spfld)
(CSB)

07/17/14
Motf — Defendant's mot to preserve evidence.
Motf — Juvenile's Mot. for Judicial summ
Pursuant to MASS R. CRIM.
Commonwealth v. Dwyer 448 Mass
Commonwealth v. Lampron 441 Mass
C- 07/22/14

7-22-14
C+ 7-24-14 mo
(CSB)

## Hampden County Juvenile Court
Holyoke Division
121 Elm Street
Holyoke, MA 01040

| Name: ▓▓▓▓▓▓▓ | DOCKET # 14DL0136HO |
|---|---|

| Charge: 1. DISORDERLY CONDUCT  2. RESIST ARREST | City: HOLYOKE |
|---|---|

4/24/14
CBC

MOTH – Defendant's to Dismiss
MTLIA by CSB
Intp – Spanish
c 5/8/14 ph (decis. on Dism)
(CSB)

✓ 4/25/14
MOTD – Dismiss
(CSB)

5/8/14
CBC
Intp – Spanish
(discovery issues)
c 7/10/14 ph in Hoy
7/28/14 JA
(DYS)

✓ 6.18.14
MOTF to Appoint Counsel for △
by Atty Mara Shulman
c- 6.26.14
MOFF for Funds
c 6.26.14

6/26/14
MOTA – Appointment Counsel
MOTA – Funds Investigator
MP
CSBR! LSMS (legal fee)

7/10/14 ph CBX
(Mother to be present)

## Hampden County Juvenile Court
Holyoke Division
121 Elm Street
Holyoke, MA 01040

| Name: ▓▓▓▓▓▓▓▓▓▓ | DOCKET # 14DL0136HO |
|---|---|

| Charge: 1. DISORDERLY CONDUCT  2. RESIST ARREST | City: HOLYOKE |
|---|---|

| Arraignment: 2/20/14 | Co-Def: |
|---|---|

CBC-
ARR-
PNT- MP/PP
IND-
LCWF-
Apvt: Mora Shulman
APTE-
PTH-
PTC- 3/27/14

INTP

(DJS)

✓ 2/14/14
FILD - Notice of appearance by
Attorney Mara Shulman

✓ 3-10-14
MOTF: Preserve evidence;
3-27-14

✓ 3/27/14
MOTF - Defendant's to Dismiss
MOTA - Preserve Evidence
       CBC
       MP

c4/24/14 (mo c dismiss)
 &pH  11AM
        (DJS)

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF THE TRIAL COURT

HAMPDEN, ss.

Juvenile Court Department
Docket No. 14DL0136HO

COMMONWEALTH OF MASSACHUSETTS

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Defendant

MOTION TO CONTINUE FOR DEFENDANT TO ENTER HCDA-JDP

The Commonwealth, through its Assistant District Attorney and defendant request this Honorable Court to continue the above referenced delinquency/criminal matter to __7.16.15__, so defendant may have the chance to enter and successfully complete the Hampden County District Attorney's Juvenile Diversion Program (HCDA-JDP).

Respectfully submitted,
COMMONWEALTH OF MASSACHUSETTS

_/s/ mk_
Assistant District Attorney

_____
Name of Juvenile

_/s/ Jostette ▓▓▓▓▓▓_
Parent/Guardian for defendant

Dated: 1.15.15

| APPEARANCE OF COUNSEL | DOCKET NUMBER<br>1401036HO | Trial Court of Massachusetts<br>Juvenile Court Department |
|---|---|---|
| CASE NAME | | DIVISION<br>Hampden County |

**To The Clerk-Magistrate:**

Please enter my appearance as attorney for ▓▓▓▓▓▓▓▓▓▓ _____ in the above numbered court action and his mother Jonette Pagan Hernandez

| ATTORNEY NAME<br>Héctor E. Pineiro | B.B.O. NO. (Required)<br>555315 |
|---|---|
| ATTORNEY FIRM OR AGENCY<br>Law Office of Hector E. Pineiro | TELEPHONE NO.<br>(508) 579-8066 |
| STREET ADDRESS<br>807 Main St | CELL PHONE NO. |
| CITY/TOWN<br>Worc | STATE<br>MA | ZIP CODE<br>01610 | FAX NO.<br>(508) 770-1300 |

DATE: 2-6-17

SIGNATURE OF ATTORNEY: [signed]

JV-CR-19 (Rev. 03/01/2013)