INDEX/SUMMARY JUDGMENT

EXHIBIT 1            FT deposition transcript

EXHIBIT 2            3 Booking photos of FT

EXHIBIT 3            Janette Hernandez Pagan transcript

EXHIBIT 4            Janette Hernandez Pagan answer interrogatories

EXHIBIT 5            Photographs of FT's injuries

EXHIBIT 6            Affidavit of Hernandez Pagan

EXHIBIT 7            Deposition Transcript of Officer James Dunn

EXHIBIT 8            Deposition Transcript of Officer Thomas Leahy

EXHIBIT 9            Deposition Transcript of Officer Jabet Lopez

EXHBIT 10           Affidavit of Edgar Zayas 2/4/2017

EXHIBIT 11          Transcript Chief James Neiswanger's deposition

EXHIBIT 12          Holyoke Police Inter office Memorandum IA
                    Final Report Dunn Shooting

EXHIBIT 13          Affidavit of Hector E. Pineiro

EXHBIT 14           Defendants' Injured Prisoner reports , 29 pages

EXHBIT 15, 16, 17   Defendants' Use of Force reports , 29 pages

EXHIBIT 18          Affidavit Michelle Cruz in opposition to Holyoke's
                    Motion for Summary Judgment in Cruz v. Holyoke, Case No.
                    3:12-cv-30159.

EXHIBIT 19          Ruling Judge Kenneth P. Neiman in Cruz v. City of Holyoke, et al
                    CA NO. 3:12-cv-30159 Document 79 dated 11/21/2014

EXHIBIT 20          Ruling U.S. Magistrate Judge Robertson, in Hernandez v. Josue
                    Colon, et al, USDCT-MA Memorandum of Decision and Order
                    Regarding Defendants' Motion for Summary Judgment (Dkt. No.
                    47). CANo. 3:16-cv-30089-KAR

EXHIBIT 21          Juvenile Court record of FT, 14D-0136HO with charges and Nolle
                    Prosequi dated 7/16/15

EXHIBIT 22          Expert report Alexander Chirkov, Ph.D, MD

EXHIBIT 23          Expert report Pediatric Neurologist Alvarez, MD. 4/25/17