**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PPA Janette Hernandez Pagan

        Plaintiff,

V.

City of Holyoke, et al

        Defendants.

CIVIL ACTION
NO. 17-CV-30031-MGM

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE MASTROIANNI

[ ]  The parties have informed the court that they wish to withdraw their request for ADR at this time.

[X]  On October 25, 2018, I held the following ADR proceedings:

- __ SCREENING CONFERENCE
- __ FOLLOWUP CONFERENCE
- __ MINI-TRIAL
- __ EARLY NEUTRAL EVALUATION
- __ SUMMARY BENCH / JURY TRIAL
- X  MEDIATION (Follow up Telephone Conference held on 10/31/18 & 11/2/18)

[X]  All parties were represented by counsel

[X]  The parties were present in person or by authorized corporate officer.

The case was:

[ ]  Settled.

[ ]  There was significant progress.

[X]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement: await further word from the parties.

[ ]  Other:

November 2, 2018                              /s/ Kenneth P. Neiman
DATE                                          ADR Provider
                                              KENNETH P. NEIMAN, U.S. Magistrate Judge