HPD Prisoner/
Arrestee injury
Reports

HPD   Use of Force
Records