UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANETTE HERNANDEZ PAGAN, PPA )<br>F.H., a minor )<br>    Plaintiff, )<br>)<br>            v. )<br>)<br>CITY OF HOLYOKE, A MUNICIPAL )<br>CORPORATION, OFFICER THOMAS J. )<br>LEAHY, OFFICER JAMES DUNN, )<br>OFFICER JABET LOPEZ, )<br>)<br>    Defendants. ) | Civil Action No. 3:17-30031-MGM |

## SETTLEMENT ORDER OF DISMISSAL

MASTROIANNI, U.S.D.J.

The court, having been advised on October 15, 2019, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Timothy J. Bartlett
Timothy J. Bartlett
Deputy Clerk