# Exhibit 3

(Notice of Manual Filing of **Ex. 3**, General Release to be filed under seal pending court approval).