# Hector Pineiro

| | |
|---|---|
| **From:** | Hector Pineiro |
| **Sent:** | Wednesday, December 04, 2019 12:25 PM |
| **To:** | Charles Emma |
| **Cc:** | Nancy Pineiro; Victoria Zayas |
| **Subject:** | RE: Janette Hernandez Pagan |

Thanks Chuck and happy holidays.

---

**From:** Charles Emma [mailto:charlesemmalaw@gmail.com]
**Sent:** Wednesday, December 04, 2019 12:10 PM
**To:** Hector Pineiro
**Subject:** Janette Hernandez Pagan

Dear Hector,

   Thank you for your inquiry as to the status of the settlement check. I have been advised by the Law Department that a supplemental budget is to be voted on by December 17th. I anticipate that the money will then be allocated to pay for the settlement.
Thank you and your clients for your patience.
Chuck Emma