UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JANETTE HERNANDEX PAGAN, PPA,
FTH, a minor                                             *CA. 3:17-CV-30031-MGM*

      Plaintiffs

v.

CITY OF HOLYOKE, A MUNICIPAL
CORPORATION, Officer THOMAS J. LEAHY,
Officer JAMES DUNN and Officer JABET LOPEZ,

      Defendants

_____ ___


**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE CERTAIN
PLEADINGS/EXHIBITS AND ATTACHMENTS UNDER SEAL (GENERAL RELEASE)
[LR 7.2]**

    Now comes the Plaintiffs' and submit it is necessary to file the General Release

associated with the Plaintiffs' Motion for Sanctions and to enforce payment of settlement

agreement under seal in the interest of justice. In support thereof, Plaintiffs' Counsel states:

1) The General Release signed by Plaintiffs' (which Plaintiffs' enclose to enforce) has a

    confidentiality provision that expressly prohibits them from communicating to the public

    the facts of the settlement and the terms of the settlement of the subject legal action.  See

    **<u>Ex. 3</u>**.

2) If Plaintiffs' were to attach the General Lease as an exhibit in PACER it would

    potentially result in a breach of said settlement agreement.

3) Thus, plaintiff respectfully submits this motion for leave to submit the said discovery

    related pleadings under seal.

Plaintiff s' respectfully requests that the impoundment order he seeks continue in effect until further order of the Court, and he anticipates that upon the termination of this action or previously, whether by agreement or by ruling of Court.

WHEREFORE, plaintiff respectfully requests that the motion be allowed and that the Court grant him leave to file the said attachment under seal.

Plaintiff, by his attorneys

/s *Hector E. Pineiro*
Hector E. Pineiro BBO#555315
Law Office of Hector E. Pineiro PC
807 Main Street
Worcester, MA 01610
508.770.0600

-and-
*/s/ Jeanne A Liddy*
_____
Jeanne A Liddy
BBO#646478
Law Offices of Jeanne A Liddy
1380 Main St #404
Springfield, MA 01103
413.781.7096

370 Main St#1050
Worcester MA 01608
508.752.6733

DATED: December 20, 2019

## CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE

I, Hector E. Pineiro, certify that I have conferred with counsel for the parties, and counsel have agreed to assent to the within motion.

*/s/ Hector E. Pineiro*
Hector E. Pineiro

<u>CERTIFICATE OF SERVICE</u>

I, Hector Pineiro, certify that the within motion, filed this 20th day of December 2019, via the Court's electronic filing system, has thereby been served on all registered participants, and there are no unregistered participants.

/s *Hector Pineiro*
Hector Pineiro